BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHORT SQUEEZE ANTITRUST LITIGATION | MDL NO. 2989 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on all parties in the following cases electronically via ECF on February 10, 2021, or as indicated below on February 18, 2021.

Dated: February 18, 2021                Respectfully submitted

By: /s/ Jeffrey A. Klafter
Jeffrey A. Klafter
Amir Alimehri
KLAFTER OLSEN & LESSER LLP
2 International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 9334-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterolsen.com

*Attorney for Patryk Krasowski*

| **Plaintiffs** <br> **(via ECF)** ||
|---|---|
| Joseph R. Saveri (State Bar No. 130064) <br> Steven N. Williams (State Bar No. 175489) <br> Christopher K.L. Young (State Bar No. 318371) <br> Anupama K. Reddy (State Bar No. 324873) <br> JOSEPH SAVERI LAW FIRM, INC. <br> 601 California Street, Suite 1000 <br> San Francisco, CA 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> E-mail: jsaveri@saverilawfirm.com <br>        swilliams@saverilawfirm.com <br>        cyoung@saverilawfirm.com <br>        areddy@saverilawfirm.com <br><br> *Attorney for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling* | Richard C. Dalton <br> RICHARD C. DALTON, LLC <br> P.O. Box 358 <br> Carencro, LA 70520 <br> E-mail: rick@rickdaltonlaw.com <br><br> *Attorney for Christian A. Dalton* |
| Michael McMullen, Esq. <br> COHEN & McMULLEN, P.A. <br> 1132 SE 3rd Avenue <br> Ft. Lauderdale, FL 33316 <br> E-mail: michael@floridajusticefirm.com <br><br> *Attorney for Andrew B. Courtney* | Matthew L. Venezia (State Bar No. 313812) <br> BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP <br> 2121 Avenue of the Stars, Suite 2800 <br> Los Angeles, CA 90067 <br> Telephone: (310) 274-7100 <br> Facsimile: (310) 275-5697 <br> E-mail: mvenezia@bgrfirm.com <br><br> *Attorney for Robert Days* |
| Caroline H. Miller <br> Alexander G. Cabeceiras <br> DEREK SMITH LAW GROUP, PLLC <br> 701 Brickell Avenue, Suite 1310 <br> Miami, FL 33131 <br> Telephone: (305) 946-1884 <br> E-mail: caroline@dereksmithlaw.com <br>        alexc@dereksmithlaw.com <br><br> *Attorneys for Peter Fray* | Richard Joseph Gatz (State Bar No. 6291165) <br> RICHARD GATZ, ATTORNEY AT LAW <br> 1104 N. Mill Street, Unit 212 <br> Naperville, IL 60563 <br> Telephone: (630) 445-3187 <br> E-mail: richardgatz@gmail.com <br><br> *Attorney for Richard Joseph Gatz* |

| | |
|---|---|
| Heather L. Blaise (State Bar No. 261619)<br>Lana B. Nassar, ARDC No. 6319396<br>BLAISE & NITSCHKE, P.C.<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606<br>Telephone: (312) 448-6602<br>E-mail: hblaise@blaisenitschkelaw.com<br><br>*Attorneys for Plaintiffs Hama Kayali and Mohammed A. Doleh* | Gary R. Carlin<br>LAW OFFICE OF GARY R. CARLIN, APC<br>301 E. Ocean Boulevard, Suite 1550<br>Long Beach, CA 90802<br>E-mail: gary@garycarlinlaw.com<br><br>*Attorney for Timothy A. Nordeen and Aaron Kolysko* |
| David M. Manes (PA ID: 314661)<br>Prabhu Narahari (PA ID: 323895)<br>MANES & NARAHARI LLC<br>429 Fourth Avenue, Suite 300<br>Pittsburgh, PA 15219<br>Telephone: (412) 626-5591<br>Facsimile: (412) 650-4845<br>E-mail: dm@manesnarahari.com<br>       pn@manesnarahari.com<br><br>*Attorneys for Brian Omahne* | Joseph M. Kar (SBN 207414)<br>LAW OFFICE OF JOSEPH M. KAR, PC<br>15250 Ventura Boulevard, Suite PH-1220<br>Sherman Oaks, CA 91403<br>Telephone: (818) 501-6930<br>Facsimile: (818) 501-6935<br>E-mail: info@civillegal.com<br><br>Gerald L. Kroll (SBN 066493)<br>KROLL LAW FIRM<br>970 West Broadway, Suite E-200<br>Jackson, WY 83001<br>Telephone: (202) 248-5423<br><br>*Attorneys for Levi Cobos* |
| Ishan Dave (State Bar No. 307420)<br>Alexander G. Cabeceiras*<br>Abraham Z. Melamed<br>(State Bar No. 326607)<br>DEREK SMITH LAW GROUP, PLLC<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>Telephone: (310) 602-6050<br>Facsimile: (310) 602-6350<br>E-mail: ishan@dereksmithlaw.com<br>       alexc@dereksmithlaw.com<br><br>*Attorneys for David Wieg*<br><br>(\**pro hac vice* forthcoming) | Aaron Siri<br>Mason Barney<br>Elizabeth A. Brehm<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>Telephone: (212) 532-1091<br>E-mail: aaron@sirillp.com<br>       mbarney@sirillp.com<br>       ebrehm@sirillp.com<br><br>*Attorneys for Royal Williams* |

3

| | |
|---|---|
| Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>E-mail: alexc@dereksmithlaw.com<br><br>*Attorney for Zachary Ziegler, Bartosz Zybura, and Brendon Nelson* | Jason Zimmerman (FL Bar No. 104392)<br>GRAY-ROBINSON, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>E-mail: Jason.zimmerman@gray-robinson.com<br><br>*Attorney for Steven Baird* |
| William M. Audet (SBN 117456)<br>"David" Ling Y. Kuang (SBN 296873)<br>Kurt D. Kessler (SBN 327334)<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>E-mail: waudet@audetlaw.com<br>       lkuang@audetlaw.com<br>       kkessler@audetlaw.com<br><br>Robert L. Lieff (SBN 037568)<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>E-mail: elieff@lchb.com<br><br>Jack Russo (SBN 096068)<br>COMPUTER LAW GROUP, LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>E-mail: jrusso@computerlaw.com<br><br>*Attorneys for Sagi Cezana and Elvia Curiel-Ruth* | Brandon J. Hill (FL Bar No. 37061)<br>Luis A. Cabassa (FL Bar No. 0053643)<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>Telephone: (813) 224-0431<br>Facsimile: (813) 229-8712<br>E-mail: bhill@wfclaw.com<br>       lcabassa@wfclaw.com<br>       gnichols@wfclaw.com<br><br>Chad A. Justice (FL Bar No. 121559)<br>JUSTICE FOR JUSTICE LLC<br>1205 N. Franklin Street, Suite 326<br>Tampa, FL 33602<br>E-mail chad@getjusticeforjustice.com<br><br>*Attorneys for Austin Schaff* |

| | |
|---|---|
| Janet R. Varnell (FBN: 0071072)<br>Brian R. Warwick (FBN: 0605573)<br>Matthew T. Peterson (FBN: 1020720)<br>Erika Willis (FBN: 100021)<br>VARNELL AND WARWICK, P.C.<br>1101 E. Cumberland Avenue, Suite 201H #105<br>Tampa, FL 33602<br>Telephone: (352) 753-8600<br>E-mail: jvarnell@varnellandwarwick.com<br>     bwarwick@varnellandwarwick.com<br>     mpeterson@varnellandwarwick.com<br>     ewillis@varnellandwarwick.com<br>     kstroly@varnellandwarwick.com<br><br>*Attorneys for Jonathan Diamond* | Maurice D. Pessah (SBN 275955)<br>Michael Morris-Nussbaum (SBN 317146)<br>Summer E. Benson (SBN 326398<br>PESSAH LAW GROUP, PC<br>601 N. Harper Avenue, Suite 2018<br>Los Angeles, CA 90048<br>Telephone: (310) 772-22661<br>E-mail: maurice@pessahgroup.com<br>     mmnussbaum@pessahgroup.com<br>     sbenson@pessahgroup.com<br><br>*Attorneys for Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, and Scott Schiller* |
| Larry Cherry<br>P.O. Box 1677<br>South Holland, IL 60473<br><br>Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br><br>*Pro Se* | Parker J. Lavin (VSB No. 75106)<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Telephone: (912) 638-5200<br>Facsimile: (912) 638-5300<br>E-mail: plavin@robertstate.com<br><br>*Attorney for Matthew M. Lavin* |
| R. Tamara de Silva (lead counsel)<br>LAW OFFICES OF R TAMARA DE SILVA, LLC<br>980 N. Michigan Avenue, Suite 1400<br>Chicago, IL 60611<br>Telephone: (312) 913-9999<br>E-mail: tamara@desilvalawoffices.com<br><br>Jonathan Lubin<br>LAW OFFICES OF JONATHAN LUBIN<br>8800 Bronx Avenue, Suite 100H<br>Skokie, IL 60077<br>E-mail: jonathan@lubinlegal.com<br><br>*Attorneys for Marcus Lagmanson, Anthony R. Reyes, and Brian Belderrain* | Dennis C. Reich (State Bar No. 16739600)<br>Robert J. Birnstock (State Bar No. 02328350)<br>Shreedhar R. Patel (State Bar No. 24074864)<br>REICH & BINSTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Telephone: (713) 622-7271<br>E-mail: dreich@reichandbinstock.com<br>     bbinstock@reichandbinstock.com<br>     spatel@reichandbinstock.com<br><br>*Attorneys for Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, and Summit Thakral* |

| | |
|---|---|
| Michael S. Taffe (FL Bar No. 490318)<br>Michael D. Bressan (FL Bar No. 11092)<br>Brandon M. Taffe (FL Bar No. 118932)<br>Jeremy M. Halpern (FL Bar No. 85942)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 South Pineapple Avenue, 10th Floor<br>Sarasota, FL 34236<br>Telephone: (941) 366-6660<br>E-mail: mtaaffe@shumaker.com<br>        mbressan@shumaker.com<br>        btaaffe@shumaker.com<br>        jhalpern@shumaker.com<br><br>*Attorneys for Taylor Perri, Ryan Heitz, and Kevin Sheehan* | Gabriel A. Assaad (TX Bar No. 24076189)<br>McDonald "Don" Worley<br>Matthew S. Yezierski<br>McDONALD WORLEY, PC<br>1770 St. James Street, Suite 100<br>Houston, TX 77056<br>Telephone: (713) 523-5500<br>E-mail: hassaad@mcdonaldworley.com<br>        don@mcdonaldworley.com<br>        matt@mcdonaldworley.com<br><br>*Attorneys for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunicutt* |
| Nathaniel N. Peckham<br>Samuel C. Wilson<br>1835 Market Street, Suite 2950<br>Philadelphia, PA 19103<br><br>Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>E-mail: alexc@dereksmithlaw.com<br><br>*Attorneys for Steven Minnick and Jhanna White* | Stephan Seeger (19234)<br>LAW OFFICES: STEPHEN J. CARRIERO<br>810 Bedford Street, Suite #3<br>Stamford, CT 06901<br>Telephone: (203) 273-5170<br>E-mail: seegerkid@aol.com<br><br>*Attorney for Marc A. Fresa* |
| Ibrahim Ahmed (NJ ID No. 265622018)<br>Fayyaz Ahmed (NJ ID No. 341122021)<br>IBRAHIM AHMED LAW GROUP, P.C.<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>Telephone: (732) 800-0251<br>E-mail: i.ahmed@ibrahimlaw.com<br>        f.ahmed@ibrahimlaw.com<br><br>*Attorneys for Asad Noorzaie* | Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>Telephone: (973) 313-1887<br>E-mail: lrosen@rosenlegal.com<br><br>*Attorney for Damon Muncy* |

| | |
|---|---|
| Selin Demir (SBN 33148)<br>MIGLIACCIO & RATHOD LLP<br>388 Market Street. Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 489-7004<br>E-mail: sdemir3794@gmail.com<br><br>Nicholas A. Migliaccio<br>Jason S. Rathod<br>Bryan Faubus<br>MIGLIACCIO & RATHOD LLP<br>415 H Street N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 470-3520<br><br>*Attorney for Mark Feeney and Jason Fossella* | L. Timothy Fisher (State Bar No. 191626)<br>BURSOR & FISHER P.A.<br>1990 N. California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>E-mail: ltfisher@bursor.com<br><br>Andrew J. Obergfell*<br>BURSOR & FISHER P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>E-mail: aobergfell@bursor.com<br><br>*Attorney for Jordan Krumenacker*<br><br>*(\* pro hac vice* forthcoming) |
| James J. Ferraro (FL Bar No. 381659)<br>Sean A. Byrstyn (NY Bar No. 5533120) *<br>Natalia Salas (FL Bar No. 44895)<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, 38th Floor<br>Miami, FL 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222<br>E-mail: jlf@ferrarolaw.com<br>        seanburstyn@gmail.com<br>        nms@ferrarolaw.com<br><br>*Attorneys for Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, and Omar Alsaedi* | Ronald P. Weil<br>Marguerite Snyder<br>Luke T. Jacobs<br>WEIL SNYDER & RAVINDRAN, P.A.<br>201 South Biscayne Boulevard<br>Citigroup Center, Suite 720<br>Miami, FL 33131<br>Telephone: (305) 372-5352<br>E-mail: rweil@weillawfirm.com<br>        msnyder@weillawfirm.com<br>        ljacobs@weillawfirm.com<br><br>*Attorney for Michael D. Scalia* |

7

| | |
|---|---|
| Alexander Loftus<br>David A. Eisenberg<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, IL 60601<br>Telephone: (312) 899-6625<br>E-mail: alex@loftusandeisenberg.com<br>       david@loftusandeisenberg.com<br><br>Joshua B. Kons<br>LAW OFFICES OF JOSHUA B. KONS, LLC<br>92 Hopmeadow Street, Lower Level<br>Weatogue, CT 06089<br>Telephone: (860) 920-5181<br>E-mail: joshuakons@konslaw.com<br><br>*Attorneys for James Hiscock* | Eric M. Poulin<br>Roy T. Wiley, IV<br>Blake G. Abbott<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>E-mail: eric@akimlawfirm.com<br>       roy@akimlawfirm.com<br>       blake@akimlawfirm.com<br><br>*Attorney for David Moody and Julie Moody* |
| Kevin S. Hannon, #16015<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>Telephone: (303) 681-8800<br>E-mail: khannon@hannonlaw.com<br><br>*Attorney for Chance Daniels* | Pamela Ann Markert (SBN 203780)<br>Solomon B. Cera (SBN 099467)<br>CERA LLP<br>595 Market Street, Suite 1350<br>San Francisco, CA 94105<br>Telephone: (415) 977-2228<br>E-mail: pmarkert@cerallp.com<br>       scera@cerallp.com<br><br>*Attorneys for Nick Young* |

| **Defendants**<br>**(via ECF)** ||
|---|---|
| Abbe R. Dembowitz<br>Kevin J. Orsini<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1393<br>E-mail: adembowitz@cravath.com<br>       korsini@cravath.com<br><br>*Attorneys for Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.* | |

8

| **Defendants** <br> **(served via US First-Class Mail)** ||
|---|---|
| Citadel LLC <br> c/o Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, DE 19801 | Point72 Asset Management, L.P. <br> c/o The Corporation Trust Company <br> 1209 Orange Street <br> Wilmington, DE 19801 |
| Jeffrey E. Kwatinetz <br> 15821 Ventura Blvd., Suite 370 <br> Encino, CA 91436-2909 | CITADEL ENTERPRISE AMERICAS LLC <br> c/o Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, DE 19801 |
| Citadel Securities, LLC <br> c/o Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, DE 19801 | Melvin Capital Management LP <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| TD Ameritrade, Inc. <br> c/o Incorporating Services Ltd. <br> 5601 S. 59th St., Suite C <br> Lincoln, NE 68516 | Charles Schwab & Co., Inc. <br> c/o CT Corporation System <br> 818 West Seventh Street <br> Suite 930 <br> Los Angeles, CA 90017 |
| Interactive Brokers, LLC <br> One Pickwick Plaza <br> Greenwich, CT 06830 | Open to the Public Investing, Inc. <br> c/o T3 Securities, Inc. <br> 1 State Street Plaza, 10th Floor <br> New York, NY 10004 |
| Webull Financial, LLC <br> c/o Business Filings Inc. <br> 108 West 13th Street <br> Wilmington, DE 19801 | Candlestick Capital Management L.P <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| Citadel, EFT, Inc. <br> Gary Deroos <br> 825 College Blvd, Suite 102-328 <br> Oceanside, CA 92057 | D1 Capital Partner, L.P. <br> C/O Cogency Global, Inc. <br> 850 New Burton Road, Suite 201 <br> Dover, DE 19904 |
| E Trade Asset Management, Inc. <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 | E Trade Financial Corp <br> c/o Corporation Service Company <br> 100 Shockoe Slip Fl 2 <br> Richmond, VA 23219 |

| | |
|---|---|
| Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | IBG Holdings, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| IBG, LLC<br>One Pickwick Plaza<br>Greenwich, CT 06830 | Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Merrill Edge<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Merrill Lynch, Pierce, Fenner, Smith<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| TD Ameritrade Holding Corp<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | The Interactive Brokers Group Inc and Subsidiaries<br>c/o Corporation Service Company<br>100 Pearl Street, 17th Floor, MC-CSC1<br>Hartford, CT 06103 |
| Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany | The Charles Schwab Corporation<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| The Depository Trust & Clearing Corporation<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | The Depository Trust Company<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| TD Ameritrade Clearing, Inc.<br>c/o Incorporating Services Ltd.<br>5601 S. 59th St., Suite C,<br>Lincoln, NE 68516 | Ally Financial Inc.<br>c/o The Corporation Company<br>40600 Ann Arbor Rd., E Ste. 201<br>Plymouth, MI 48170 |
| Alpaca Securities LLC<br>c/o John Torola<br>20 N. San Mateo Drive Ste 10<br>San Mateo, CA 94401 | Apex Clearing Corporation<br>c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005 |
| Barclays Bank PLC<br>c/o Barclays Bank PLC<br>745 Seventh Avenue<br>New York, NY 10019 | Cash App Investing LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 | ETrade Financial Holdings, LLC<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 |
| ETrade Securities LLC<br>c/o Corporation Service Company<br>135 East 57th Street<br>New York, NY 10022 | FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Freetrade, Ltd.<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 |
| IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 | M1 Finance, LLC<br>200 N Lasalle Street, Suite 800<br>Chicago, IL 60601 |
| Morgan Stanley Smith Barney LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Open to the Public Investing, Inc.<br>c/o T3 Securities, Inc.<br>1 State Street Plaza, 10th Floor<br>New York, NY 10004 |
| Sequoia Capital Operations LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Ste 930<br>Los Angeles, CA 90017 | Square Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Stash Financial, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Tastyworks, Inc.<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 |
| Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria | Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom |
| eToro USA Securities, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |