**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: JANUARY 21 SHORT SQUEEZE
TRADING LITIGATION**

**MDL No. 2989**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on February 22, 2021, I filed "Notice of

Appearance" with the Court's CM/ECF system and notice of these filings were sent by e-mail to

all parties by operation of the court's electronic filing system to all registered parties in the action

at their associated email addresses.

Respectfully submitted,

*/s/ Solomon B. Cera*
Solomon B. Cera
Cera LLP
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 977-2230
scera@cerallp.com

*Attorneys for Plaintiff
Nick Parker and the Proposed Class*