# EXHIBIT A

| Plaintiff | Austin Schaff, on behalf of himself and on behalf of all others similarly situated | *Schaff v. Robinhood Markets, Inc., et al.* <br> Case No. 8:21-cv-0216-T-60CPT |
|---|---|---|
| Plaintiff | Austin Schaff, on behalf of himself and on behalf of all others similarly situated | *Schaff v. TD Ameritrade, Inc.* <br> Case No. 8:21-cv-0222-T-02JSS |