**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2989 & TITLE - IN RE: January 2021 Short Squeeze Trading Litigation

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

See attached Schedule A

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See attached Schedule A

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 2/23/2021 | /s/ Kevin J. Orsini |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Kevin J. Orsini, Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019

Telephone No.: 212-474-1000    Fax No.: 212-474-3700

Email Address: korsini@cravath.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# SCHEDULE A

## United States Judicial Panel on Multidistrict Litigation

MDL No. 2989

*In re January 2021 Short Squeeze Trading Litigation*

Kevin J. Orsini represents Defendant Robinhood entities in the following cases identified in the moving plaintiffs' motion to transfer (Dkt No. 1):

| Case Caption | Represented Parties (Defendants) |
|---|---|
| Courtney v. Robinhood Financial LLC, et al., No. 21-cv-60220 (S.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Dalton v. Robinhood Securities, LLC, et al., No. 21-cv-00697 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Daniels v. Robinhood Financial LLC, et al., No. 21-cv-00290 (D. Colo.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Days v. Robinhood Markets, Inc., et al., No. 21-cv-00696 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Fray v. Robinhood Financial LLC, et al., No. 21-cv-60226 (S.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Gatz v. Robinhood Financial LLC, No. 21-cv-00490 (N.D. Ill.) | Robinhood Financial LLC |
| Kayali, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00835 (C.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Kayali, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00510 (N.D. Ill.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Nordeen, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00167 (S.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |

| | |
|---|---|
| Omahne v. Robinhood Financial LLC, et al., No. 21-cv-00013 (W.D. Pa.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Schaff v. Robinhood Markets, Inc, et al., No. 21-cv-00216 (M.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Wieg v. Robinhood Financial LLC, et al., No. 21-cv-00693 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Ziegler v. Robinhood Financial LLC, et al., No. 21-cv-00123 (D. Conn.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Zybura v. Robinhood Financial LLC, et al., No. 21-cv-01348 (D.N.J.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Baird v. Robinhood Markets, Inc., et al., 21-cv-00061 (N.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Cezana v. Robinhood Financial LLC, et al., No. 21-cv-00759 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Cobos v. Robinhood Financial LLC, et al., No. 21-cv-00843 (C.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Diamond v. Robinhood Financial LLC, et al., No. 21-cv-00207 (M.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Gossett, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00837 (C.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Krasowski, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00758 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC |
| Lagmanson, et al. v. Robinhood Markets, Inc., No. 21-cv-00541 (N.D. Ill.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |

| | |
|---|---|
| Lavin v. Robinhood Financial LLC, et al., No. 21-cv-00115 (E.D. Va.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Noorzaie v. Robinhood Financial LLC, et al., No. 21-cv-01361 (D.N.J.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Perri, et al. v. Robinhood Markets, Inc., et al., No. 21-cv-00234 (M.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Ross, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00292 (S.D. Tex.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Fresa v. Robinhood Financial LLC, No. 21-cv-00134 (D. Conn.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Juncadella, et al. v. Robinhood Financial LLC, et al., No. 21-cv-20414 (S.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Ng, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00311 (S.D. Tex.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Nelson v. Robinhood Financial LLC, et al., No. 21-cv-00777 (S.D.N.Y.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Cheng, et al. v. Ally Financial Inc., et al., No. 21-cv-00781 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Cherry v. Robinhood Financial LLC, et al., No. 21-cv-00574 (N.D. Ill.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Curiel-Ruth v. Robinhood Financial LLC, et al., No. 21-cv-00829 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Feeney, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00833 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |

| | |
|---|---|
| Krumenacker v. Robinhood Financial LLC, et al., No. 21-cv-00838 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Minnick, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00489 (E.D. Pa.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Muncy v. Robinhood Securities, LLC, et al., No. 21-cv-01729 (D.N.J.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Scalia v. Robinhood Financial LLC, et al., No. 21-cv-80238 (S.D. Fla.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |
| Moody, et al. v. Robinhood Financial LLC, et al., No. 21-cv-00861 (N.D. Cal.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |

## Tag Along Actions

Mr. Orsini also represents Defendant Robinhood entities in the tag along action below (Dkt. No. 8), and intends to represent Defendant Robinhood entities in any additional tag along actions relevant to these proceedings.

| **Case Caption** | **Represented Parties (Defendants)** |
|---|---|
| Dechirico, et al. v. Ally Financial In., et al., No. 21-cv-00677 (E.D.N.Y.) | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. |

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL DOCKET NO. 2989 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this 23rd day of February, 2021, a true and correct copy of the foregoing Notice of Appearance was filed with the Clerk of the Panel using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

Dated: February 23, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorney for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*