BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: January 2021 Short Squeeze Trading Litigation | MDL No. 2989 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on February 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Panel using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that copies of the foregoing were served upon the following by First Class U.S. Mail:

Adam S. Paris
Marc De Leeuw
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Phone: (310) 712-6663
ParisA@sullcrom.com
DeLeeuwM@sullcrom.com

*Counsel for Ally Financial Inc.*

Belinda Lee
Al Pfeiffer
Alicia Jovais
LATHAM & WATKINS LLP
505 Montgomery Street, St 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Belinda.Lee@lw.com
Al.Pfeiffer@lw.com
Alicia.Jovais@lw.com

*Counsel for Cash App Investing LLC and Square Inc.*

Zarema A. Jaramillo
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 753-3800
ZJaramillo@lowenstein.com

Tom Redburn
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 262-6700
TRedburn@lowenstein.com

*Counsel for Candlestick Capital Management LP*

Greg Baker
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 262-6700
HBaker@lowenstein.com

Leiv Blad
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 753-3800
LBlad@lowenstein.com

*Counsel for eToro USA Securities Inc. and Alpaca Securities, LLC*

Kevin Rising
BARNES & THORNBURG LLP
2029 Century Park E, Suite 300
Los Angeles, CA 90067
Phone: (310) 284-3888
krising@btlaw.com

Thomas Haskins
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Phone: (214) 258-4200
thaskins@btlaw.com

Paul Olszowska
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Phone: (312) 214-5612
paul.olszowska@btlaw.com

*Counsel for Dough LLC and Tastyworks, Inc.*


Brian S. Weinstein
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4972
brian.weinstein@davispolk.com

*Counsel for E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; E*Trade Asset Management, Inc.; and Morgan Stanley Smith Barney LLC*

Steven Bizar
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 994-2205
steven.bizar@dechert.com

Shari Ross Lahlou
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Phone: (202) 261-7923
shari.lahlou@dechert.com

Andy Levander
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3599
andrew.levander@dechert.com

*Counsel for The Interactive Brokers Group Inc.; Interactive Brokers LLC; Interactive Brokers Corp.; IBG, LLC; and IBG Holdings, LLC*


Brett De Jarnette
Patrick Gibbs
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
bdejarnette@cooley.com
pgibbs@cooley.com

*Counsel for M1 Finance, LLC*

Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone: (415) 875-6600
lindabrewer@quinnemanuel.com

Harry Olivar
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Phone: (213) 443-3000
harryolivar@quinnemanuel.com

*Counsel for Sequoia Capital Operations LLC*


Joseph E. Floren
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
joseph.floren@morganlewis.com

Robin Nunn
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
Phone: (212) 309-6000
robin.nunn@morganlewis.com

*Counsel for Stash Financial, Inc.*


D1 Capital Partners LP
Cogency Global, Inc.
850 New Burton Road, Suite 201
Dover, Delaware 19904


FF Trade Republic Growth, LLC
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, California 90017

Firstrade Securities, Inc.
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Fumi Holdings, Inc.
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, Delaware 19801

IG Group Holdings PLC
c/o IG US Holdings, Inc.
311 South Wacker, Suite 2650
Chicago, Illinois 60606

Maplelane Capital, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

Merrill Lynch, Pierce Fenner & Smith Inc.
c/o CT Corporation System
28 Liberty Street
New York, New York 10005

Point72 Asset Management, LP
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Merrill Edge
c/o CT Corporation System
28 Liberty Street
New York, New York 10005

The Depository Trust & Clearing Corporation
c/o CT Corporation System
28 Liberty Street
New York, New York 10005

The Depository Trust Company
c/o CT Corporation System
28 Liberty Street
New York, New York 10005


Webull Financial LLC
c/o Business Filings Inc.
108 West 13th Street
Wilmington, Delaware 19801


Freetrade LTD
32-38 Leman Street
London, E1 8EW
United Kingdom


Trading 212 Ltd.
3 Lachezar Stanchev Str.
Litex Tower, Floor 10
Sofia 1797, Bulgaria


Trading 212 UK Ltd.
107 Cheapside
London EC2V 6DN, United Kingdom


Trade Republic
Kastanienallee 32
10435 Berlin, Germany

Dated:  February 23, 2021

Respectfully submitted,

/s/ Jason J. Mendro

Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Phone: (202) 887-3726
Fax: (202) 530-9626
jmendro@gibsondunn.com

*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation*