# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2989__ & TITLE - IN RE: __January 2021 Short Squeeze Trading Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached Schedule A.

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

Robinhood Financial LLC and Robinhood Securities, LLC are wholly owned subsidiaries of Robinhood Markets, Inc.  Robinhood Markets, Inc. does not have a parent.

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /s/ Kevin J. Orsini | Cravath, Swaine & Moore LLP |
| Signature of Attorney | Name of Firm |
| 825 Eighth Avenue | New York, NY 10019 |
| Address | City/State/Zip Code |
| 02/23/2021 | |
| Date | |

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# SCHEDULE A

## **United States Judicial Panel on Multidistrict Litigation**

MDL No. 2989

*In re January 2021 Short Squeeze Trading Litigation*

Pending Actions

- *Courtney v. Robinhood Financial LLC, et al.*, No. 21-cv-60220 (S.D. Fla.)
- *Dalton v. Robinhood Securities, LLC, et al.*, No. 21-cv-00697 (N.D. Cal.)
- *Daniels v. Robinhood Financial LLC, et al.*, No. 21-cv-00290 (D. Colo.)
- *Days v. Robinhood Markets, Inc., et al.*, No. 21-cv-00696 (N.D. Cal.)
- *Fray v. Robinhood Financial LLC, et al.*, No. 21-cv-60226 (S.D. Fla.)
- *Gatz v. Robinhood Financial LLC*, No. 21-cv-00490 (N.D. Ill.)
- *Kayali, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00835 (C.D. Cal.)
- *Kayali, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00510 (N.D. Ill.)
- *Nordeen, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00167 (S.D. Cal.)
- *Omahne v. Robinhood Financial LLC, et al.*, No. 21-cv-00013 (W.D. Pa.)
- *Schaff v. Robinhood Markets, Inc, et al.*, No. 21-cv-00216 (M.D. Fla.)
- *Wieg v. Robinhood Financial LLC, et al.*, No. 21-cv-00693 (N.D. Cal.)
- *Ziegler v. Robinhood Financial LLC, et al.*, No. 21-cv-00123 (D. Conn.)
- *Zybura v. Robinhood Financial LLC, et al.*, No. 21-cv-01348 (D.N.J.)
- *Baird v. Robinhood Markets, Inc., et al.*, 21-cv-00061 (N.D. Fla.)
- *Cezana v. Robinhood Financial LLC, et al.*, No. 21-cv-00759 (N.D. Cal.)
- *Cobos v. Robinhood Financial LLC, et al.*, No. 21-cv-00843 (C.D. Cal.)
- *Diamond v. Robinhood Financial LLC, et al.*, No. 21-cv-00207 (M.D. Fla.)
- *Gossett, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00837 (C.D. Cal.)
- *Krasowski, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00758 (N.D. Cal.)

- *Lagmanson, et al. v. Robinhood Markets, Inc.*, No. 21-cv-00541 (N.D. Ill.)
- *Lavin v. Robinhood Financial LLC, et al.*, No. 21-cv-00115 (E.D. Va.)
- *Noorzaie v. Robinhood Financial LLC, et al.*, No. 21-cv-01361 (D.N.J.)
- *Perri, et al. v. Robinhood Markets, Inc.*, et al., No. 21-cv-00234 (M.D. Fla.)
- *Ross, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00292 (S.D. Tex.)
- *Fresa v. Robinhood Financial LLC*, No. 21-cv-00134 (D. Conn.)
- *Juncadella, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-20414 (S.D. Fla.)
- *Ng, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00311 (S.D. Tex.)
- *Nelson v. Robinhood Financial LLC, et al.*, No. 21-cv-00777 (S.D.N.Y.)
- *Cheng, et al. v. Ally Financial Inc., et al.*, No. 21-cv-00781 (N.D. Cal.)
- *Cherry v. Robinhood Financial LLC, et al.*, No. 21-cv-00574 (N.D. Ill.)
- *Curiel-Ruth v. Robinhood Financial LLC, et al.*, No. 21-cv-00829 (N.D. Cal.)
- *Feeney, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00833 (N.D. Cal.)
- *Krumenacker v. Robinhood Financial LLC, et al.*, No. 21-cv-00838 (N.D. Cal.)
- *Minnick, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00489 (E.D. Pa.)
- *Muncy v. Robinhood Financial, LLC, et al.*, No. 21-cv-01729 (D.N.J.)
- *Scalia v. Robinhood Financial LLC, et al.*, No. 21-cv-80238 (S.D. Fla.)
- *Moody, et al. v. Robinhood Financial LLC, et al.*, No. 21-cv-00861 (N.D. Cal.)

Tag Along Actions

- *Dechirico, et al. v. Ally Financial In., et al.*, No. 21-cv-00677 (E.D.N.Y.)

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL DOCKET NO. 2989 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this 23rd day of February, 2021, a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the Panel using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

Dated: February 23, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorney for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*