BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: January 2021 Short Squeeze Trading Litigation | MDL No. 2989 |
|---|---|

**ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement applies to Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation (collectively, the "Schwab/TDA Defendants").

**Case Caption:** One or more Schwab/TDA Defendants is a party to the following actions listed on the Amended Schedule of Actions filed on February 9, 2021 (Dkt. 6).

|    | Short Caption | Schwab/TDA Defendant(s) Represented | District | Case No. |
|----|---|---|---|---|
| 1. | Daniels v. Robinhood Financial, LLC, et al. | TD Ameritrade, Inc.; Charles Schwab & Co., Inc. | D. Colo. | 1:21-cv-290 |
| 2. | Kayali, et al. v. Robinhood Financial, LLC, et al. | TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co., Inc. | C.D. Cal. | 2:21-cv-835 |
| 3. | Kayali, et al. v. Robinhood Financial, LLC, et al. | TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co., Inc. | N.D. Ill. | 1:21-cv-510 |
| 4. | Nordeen, et al. v. Robinhood Financial LLC, et al. | TD Ameritrade Holding Corporation; The Charles Schwab Corporation; TD Ameritrade, Inc. | S.D. Cal. | 3:21-cv-167 |
| 5. | Lagmanson, et al. v. Robinhood Markets, Inc., et al. | TD Ameritrade, Inc. | N.D. Ill. | 1:21-cv-541 |

| | Short Caption | Schwab/TDA Defendant(s) Represented | District | Case No. |
|---|---|---|---|---|
| 6. | Ross, et al. v. Robinhood Financial, LLC, et al. | Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation | S.D. Tex. | 4:21-cv-292 |
| 7. | Schaff v. TD Ameritrade, Inc. | TD Ameritrade, Inc. | M.D. Fla. | 8:21-cv-222 |
| 8. | Cheng, et al. v. Ally Financial Inc., et al. | TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co., Inc. | N.D. Cal. | 3:21-cv-781 |
| 9. | Curiel-Ruth v. Robinhood Securities LLC, et al. | Charles Schwab & Co., Inc.; The Charles Schwab Corporation; TD Ameritrade, Inc. | N.D. Cal. | 3:21-cv-829 |
| 10. | Krumenacker v. Robinhood Financial, LLC, et al. | Charles Schwab & Co., Inc. | N.D. Cal. | 4:21-cv-838 |
| 11. | Hiscock v. TD Ameritrade, Inc. | TD Ameritrade, Inc. | N.D. Ill. | 1:21-cv-624 |

Additionally, several Schwab/TDA Defendants are parties to the following tag-along action, which is not listed on the Amended Schedule of Actions.

| | Short Caption | Schwab/TDA Defendant(s) Represented | District | Case No. |
|---|---|---|---|---|
| 1. | Dechirico, et al. v. Ally Financial Inc., et al. | TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co., Inc. | E.D.N.Y. | 1:21-cv-677 |

**Corporate Disclosures:** The parent corporation of Charles Schwab & Co., Inc. is Schwab Holdings, Inc., which is a wholly owned subsidiary of The Charles Schwab Corporation. The Charles Schwab Corporation is a publicly traded corporation and has no parent corporation. The Toronto-Dominion Bank is a publicly-held corporation that owns less than 10% of The Charles Schwab

Corporation's voting common stock (and combined with its ownership of a separate class of non-voting common stock, owns more than 10% of common stock of The Charles Schwab Corporation).

The parent corporation of TD Ameritrade, Inc. is TD Ameritrade Online Holdings Corp., a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation.

The parent corporation of TD Ameritrade Clearing, Inc. is TD Ameritrade Online Holdings Corp., a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation.

The parent corporation of TD Ameritrade Holding Corporation is The Charles Schwab Corporation.