BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:

JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

MDL DOCKET NO. 2989

**AMENDED PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the Notice of Appearance were served via CM/ECF on all registered CM/ECF users on the 23rd day of February, 2021, or as indicated below on the 24th day of February, 2021.

Dated: February 24, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorney for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

| **Plaintiffs** (served via ECF) ||
|---|---|
| Joseph R. Saveri<br>Steven N. Williams<br>Christopher K.L. Young<br>Anupama K. Reddy<br>JOSEPH SAVERI LAW FIRM, INC.<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>E-mail: jsaveri@saverilawfirm.com<br>         swilliams@saverilawfirm.com<br>         cyoung@saverilawfirm.com<br>         areddy@saverilawfirm.com<br><br>*Attorney for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling* | Richard C. Dalton<br>RICHARD C. DALTON, LLC<br>P.O. Box 358<br>Carencro, LA 70520<br>E-mail: rick@rickdaltonlaw.com<br><br>*Attorney for Christian A. Dalton* |
| Michael McMullen, Esq.<br>COHEN & McMULLEN, P.A.<br>1132 SE 3rd Avenue<br>Ft. Lauderdale, FL 33316<br>E-mail: michael@floridajusticefirm.com<br><br>*Attorney for Andrew B. Courtney* | Matthew L. Venezia<br>BROWNE GEORGE ROSS O'BRIEN<br>ANNAGUEY & ELLIS LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697<br>E-mail: mvenezia@bgrfirm.com<br><br>*Attorney for Robert Days* |
| Caroline H. Miller<br>Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>701 Brickell Avenue, Suite 1310<br>Miami, FL 33131<br>Telephone: (305) 946-1884<br>E-mail: caroline@dereksmithlaw.com<br>         alexc@dereksmithlaw.com<br><br>*Attorneys for Peter Fray* | Richard Joseph Gatz<br>RICHARD GATZ, ATTORNEY AT LAW<br>1104 N. Mill Street, Unit 212<br>Naperville, IL 60563<br>Telephone: (630) 445-3187<br>E-mail: richardgatz@gmail.com<br><br>*Attorney for Richard Joseph Gatz* |

| | |
|---|---|
| Heather L. Blaise<br>Lana B. Nassar<br>BLAISE & NITSCHKE, P.C.<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606<br>Telephone: (312) 448-6602<br>E-mail: hblaise@blaisenitschkelaw.com<br><br>*Attorneys for Plaintiffs Hanna Kayali and Mohammed A. Doleh* | Gary R. Carlin<br>LAW OFFICE OF GARY R. CARLIN, APC<br>301 E. Ocean Boulevard, Suite 1550<br>Long Beach, CA 90802<br>E-mail: gary@garycarlinlaw.com<br><br>*Attorney for Timothy A. Nordeen and Aaron Kolysko* |
| David M. Manes<br>Prabhu Narahari<br>MANES & NARAHARI LLC<br>429 Fourth Avenue, Suite 300<br>Pittsburgh, PA 15219<br>Telephone: (412) 626-5591<br>Facsimile: (412) 650-4845<br>E-mail: dm@manesnarahari.com<br>       pn@manesnarahari.com<br><br>*Attorneys for Brian Omahne* | Joseph M. Kar<br>LAW OFFICE OF JOSEPH M. KAR, PC<br>15250 Ventura Boulevard, Suite PH-1220<br>Sherman Oaks, CA 91403<br>Telephone: (818) 501-6930<br>Facsimile: (818) 501-6935<br>E-mail: info@civillegal.com<br><br>Gerald L. Kroll<br>KROLL LAW FIRM<br>970 West Broadway, Suite E-200<br>Jackson, WY 83001<br>Telephone: (202) 248-5423<br><br>*Attorneys for Levi Cobos* |
| Ishan Dave<br>Alexander G. Cabeceiras<br>Abraham Z. Melamed<br>DEREK SMITH LAW GROUP, PLLC<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>Telephone: (310) 602-6050<br>Facsimile: (310) 602-6350<br>E-mail: ishan@dereksmithlaw.com<br>       alexc@dereksmithlaw.com<br><br>*Attorneys for David Wieg* | Aaron Siri<br>Mason Barney<br>Elizabeth A. Brehm<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>Telephone: (212) 532-1091<br>E-mail: aaron@sirillp.com<br>       mbarney@sirillp.com<br>       ebrehm@sirillp.com<br><br>*Attorneys for Royal Williams* |

| | |
|---|---|
| Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>E-mail: alexc@dereksmithlaw.com<br><br>*Attorney for Zachary Ziegler, Bartosz Zybura, and Brendon Nelson* | Jason Zimmerman<br>GRAY ROBINSON, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>E-mail: Jason.zimmerman@gray-robinson.com<br><br>*Attorney for Steven Baird* |
| William M. Audet<br>"David" Ling Y. Kuang<br>Kurt D. Kessler<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>E-mail:  waudet@audetlaw.com<br>         lkuang@audetlaw.com<br>         kkessler@audetlaw.com<br><br>Robert L. Lieff (SBN 037568)<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>E-mail: elieff@lchb.com<br><br>Jack Russo<br><br>COMPUTER LAW GROUP, LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>E-mail: jrusso@computerlaw.com<br><br>*Attorneys for Sagi Cezana and Elvia Curiel-Ruth* | Brandon J. Hill<br>Luis A. Cabassa<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>Telephone: (813) 224-0431<br>Facsimile: (813) 229-8712<br>E-mail: bhill@wfclaw.com<br>         lcabassa@wfclaw.com<br>         gnichols@wfclaw.com<br><br>Chad A. Justice<br><br>JUSTICE FOR JUSTICE LLC<br>1205 N. Franklin Street, Suite 326<br>Tampa, FL 33602<br>E-mail chad@getjusticeforjustice.com<br><br>*Attorneys for Austin Schaff* |

3

| | |
|---|---|
| Janet R. Varnell<br>Brian R. Warwick<br>Matthew T. Peterson<br>Erika Willis<br>VARNELL AND WARWICK, P.C.<br>1101 E. Cumberland Avenue, Suite 201H #105<br>Tampa, FL 33602<br>Telephone: (352) 753-8600<br>E-mail: jvarnell@varnellandwarwick.com<br>        bwarwick@varnellandwarwick.com<br>        mpeterson@varnellandwarwick.com<br>        ewillis@varnellandwarwick.com<br>        kstroly@varnellandwarwick.com<br><br>*Attorneys for Jonathan Diamond* | HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>Frank R. Schirripa<br>FSchirripa@hrsclaw.com<br>Kathryn A. Hettler<br>Eugene Zaydfudim<br>112 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Telephone: (212) 213-8311<br><br>*Attorneys for Dan Dechirico, Angel Guzman, and Joshua Palmer* |
| Maurice D. Pessah<br>Michael Morris-Nussbaum<br>Summer E. Benson<br>PESSAH LAW GROUP, PC<br>601 N. Harper Avenue, Suite 2018<br>Los Angeles, CA 90048<br>Telephone: (310) 772-22661<br>E-mail: maurice@pessahgroup.com<br>        mmnussbaum@pessahgroup.com<br>        sbenson@pessahgroup.com<br><br>Stuart Chelin<br>CHELIN LAW FIRM<br>1801 Century Park East, Suite 2500<br>Los Angeles, CA 90076<br>Telephone: (310) 556-9664<br>E-mail: stuart@chelinlaw.com<br><br>*Attorneys for Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, and Scott Schiller* | Parker J. Lavin<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Telephone: (912) 638-5200<br>Facsimile: (912) 638-5300<br>E-mail: plavin@robertstate.com<br><br>*Attorney for Matthew M. Lavin* |

| | |
|---|---|
| R. Tamara de Silva<br>LAW OFFICES OF R TAMARA DE SILVA, LLC<br>980 N. Michigan Avenue, Suite 1400<br>Chicago, IL 60611<br>Telephone: (312) 913-9999<br>E-mail: tamara@desilvalawoffices.com<br><br>Jonathan Lubin<br>LAW OFFICES OF JONATHAN LUBIN<br>8800 Bronx Avenue, Suite 100H<br>Skokie, IL 60077<br>E-mail: jonathan@lubinlegal.com<br><br>*Attorneys for Marcus Lagmanson, Anthony R. Reyes, and Brian Belderrain* | Dennis C. Reich<br>Robert J. Birnstock<br>Shreedhar R. Patel<br>REICH & BINSTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Telephone: (713) 622-7271<br>E-mail: dreich@reichandbinstock.com<br>      bbinstock@reichandbinstock.com<br>      spatel@reichandbinstock.com<br><br>*Attorneys for Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, and Summit Thakral* |
| Michael S. Taffe<br>Michael D. Bressan<br>Brandon M. Taffe<br>Jeremy M. Halpern<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 South Pineapple Avenue, 10th Floor<br>Sarasota, FL 34236<br>Telephone: (941) 366-6660<br>E-mail: mtaaffe@shumaker.com<br>      mbressan@shumaker.com<br>      btaaffe@shumaker.com<br>      jhalpern@shumaker.com<br><br>*Attorneys for Taylor Perri, Ryan Heitz, and Kevin Sheehan* | Gabriel A. Assaad<br>McDonald "Don" Worley<br>Matthew S. Yezierski<br>McDONALD WORLEY, PC<br>1770 St. James Street, Suite 100<br>Houston, TX 77056<br>Telephone: (713) 523-5500<br>E-mail: hassaad@mcdonaldworley.com<br>      don@mcdonaldworley.com<br>      matt@mcdonaldworley.com<br><br>*Attorneys for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunicutt* |

| | |
|---|---|
| Nathaniel N. Peckham<br>Samuel C. Wilson<br>DEREK SMITH LAW GROUP, PLLC<br>1835 Market Street, Suite 2950<br>Philadelphia, PA 19103<br><br>Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>E-mail: alexc@dereksmithlaw.com<br><br>*Attorneys for Steven Minnick and Jhanna White* | Stephan Seeger<br>LAW OFFICES: STEPHEN J. CARRIERO<br>810 Bedford Street, Suite #3<br>Stamford, CT 06901<br>Telephone: (203) 273-5170<br>E-mail: seegerkid@aol.com<br><br>*Attorney for Marc A. Fresa* |
| Ibrahim Ahmed<br>Fayyaz Ahmed<br>IBRAHIM AHMED LAW GROUP, P.C.<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>Telephone: (732) 800-0251<br>E-mail: i.ahmed@ibrahimlaw.com<br>         f.ahmed@ibrahimlaw.com<br><br>*Attorneys for Asad Noorzaie* | Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>Telephone: (973) 313-1887<br>E-mail: lrosen@rosenlegal.com<br><br>*Attorney for Damon Muncy* |
| Selin Demir<br>MIGLIACCIO & RATHOD LLP<br>388 Market Street. Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 489-7004<br>E-mail: sdemir3794@gmail.com<br><br>Nicholas A. Migliaccio<br>Jason S. Rathod<br>Bryan Faubus<br>MIGLIACCIO & RATHOD LLP<br>415 H Street N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 470-3520<br><br>*Attorney for Mark Feeney and Jason Fossella* | L. Timothy Fisher<br>BURSOR & FISHER P.A.<br>1990 N. California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>E-mail: ltfisher@bursor.com<br><br>Andrew J. Obergfell<br>BURSOR & FISHER P.A.<br>888 Seventh Avenue New York, NY 10019<br>Telephone: (646) 837-7150<br>E-mail: aobergfell@bursor.com<br><br>*Attorney for Jordan Krumenacker* |

| | |
|---|---|
| James J. Ferraro<br>Sean A. Byrstyn<br>Natalia Salas<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, 38th Floor<br>Miami, FL 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222<br>E-mail: jlf@ferrarolaw.com<br>      seanburstyn@gmail.com<br>      nms@ferrarolaw.com<br><br>Jeffrey E. Kwatinetz, Esq.<br>15821 Ventura Blvd., Suite 370<br>Encino, CA 91436<br>E-mail: jek@prospectpk.com<br><br>*Attorneys for Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, and Omar Alsaedi* | Ronald P. Weil<br>Marguerite Snyder<br>Luke T. Jacobs<br>WEIL SNYDER & RAVINDRAN, P.A.<br>201 South Biscayne Boulevard<br>Citigroup Center, Suite 720<br>Miami, FL 33131<br>Telephone: (305) 372-5352<br>E-mail: rweil@weillawfirm.com<br>      msnyder@weillawfirm.com<br>      ljacobs@weillawfirm.com<br><br>*Attorney for Michael D. Scalia* |
| Alexander Loftus<br>David A. Eisenberg<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, IL 60601<br>Telephone: (312) 899-6625<br>E-mail: alex@loftusandeisenberg.com<br>      david@loftusandeisenberg.com<br><br>Joshua B. Kons<br>LAW OFFICES OF JOSHUA B. KONS, LLC<br>92 Hopmeadow Street, Lower Level<br>Weatogue, CT 06089<br>Telephone: (860) 920-5181<br>E-mail: joshuakons@konslaw.com<br><br>*Attorneys for James Hiscock* | Eric M. Poulin<br>Roy T. Wiley, IV<br>Blake G. Abbott<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>E-mail: eric@akimlawfirm.com<br>      roy@akimlawfirm.com<br>      blake@akimlawfirm.com<br><br>*Attorney for David Moody and Julie Moody* |

| | |
|---|---|
| Kevin S. Hannon, #16015<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>Telephone: (303) 681-8800<br>E-mail: khannon@hannonlaw.com<br><br>*Attorney for Chance Daniels* | Solomon B. Cera<br>Pamela A. Markert<br>CERA LLP<br>595 Market St. Suite 1350<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>E-mail: scera@cerallp.com<br>           pmarkert@cerallp.com<br><br>Jeffrey A. Klafter<br>Amir Alimehri<br>Klafter Olsen & Lesser LLP<br>2 International Drive, Suite 350<br>Rye Brook, New York<br>Telephone: (914) 934-9200<br>E-mail: jak@klafterolsen.com<br>           amir.alimehri@klafterolsen.com<br><br>*Attorneys for Patryk Krasowski and Nick Parker* |

| **Defendants** (served via ECF) ||
|---|---|
| Citadel Enterprise Americas LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Melvin Capital Management LP<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Citadel Securities, LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Open to the Public Investing, Inc.<br>c/o T3 Securities, Inc.<br>1 State Street Plaza, 10th Floor<br>New York, NY 10004<br>Open to the Public Investing, Inc. |
| Barclays Bank PLC<br>c/o Barclays Bank PLC<br>745 Seventh Avenue<br>New York, NY 10019 | Apex Clearing Corporation<br>c/o National Registered Agents, Inc. 28 Liberty Street<br>New York, NY 10005 |

| | |
|---|---|
| Cash App Investing LLC<br>c/o National Registered Agents, Inc. 1209 Orange Street<br>Wilmington, DE 19801 | Sequoia Capital Operations LLC c/o CT Corporation System<br>818 West Seventh Street, Ste 930<br>Los Angeles, CA 90017 |
| Square Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | |

| **Plaintiffs**<br>**(served via US First-Class Mail)** | |
|---|---|
| Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br>Telephone: (773) 306-3377<br>E-mail: larrycherry22@gmail.com<br><br>*Pro Se Litigant* | |

| | |
|---|---|
| **Defendants** <br> **(served via US First-Class Mail)** ||
| Citadel LLC <br> c/o Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, DE 19801 | Point72 Asset Management, L.P. <br> c/o The Corporation Trust Company <br> 1209 Orange Street <br> Wilmington, DE 19801 |
| Charles Schwab & Co., Inc. <br> c/o CT Corporation System <br> 818 West Seventh Street, Suite 930 <br> Los Angeles, CA 90017 | TD Ameritrade Clearing, Inc. c/o <br> Incorporating Services Ltd. <br> 5601 S. 59th St., Suite C <br> Lincoln, NE 68516 |
| TD Ameritrade, Inc. <br> c/o Incorporating Services Ltd. <br> 5601 S. 59th St., Suite C <br> Lincoln, NE 68516 | Candlestick Capital Management L.P. <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| Interactive Brokers, LLC <br> One Pickwick Plaza <br> Greenwich, CT 06830 | D1 Capital Partner, L.P. <br> C/O Cogency Global, Inc. <br> 850 New Burton Road, Suite 201 <br> Dover, DE 19904 |
| Webull Financial, LLC <br> c/o Business Filings Inc. <br> 108 West 13th Street <br> Wilmington, DE 19801 | E*Trade Financial Corp <br> c/o Corporation Service Company <br> 100 Shockoe Slip Fl 2 <br> Richmond, VA 23219 |
| E*Trade Asset Management, Inc. <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 | IBG Holdings, LLC <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| Firstrade Securities, Inc. <br> c/o Corporation Trust Company <br> Corporation Trust Center <br> 1209 Orange Street <br> Wilmington, DE 19801 | Maplelane Capital, LLC <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| IBG, LLC <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 | Dough LLC <br> c/o Cogency Global, Inc. <br> 850 New Burton Road, Suite 210 <br> Dover, DE 19904 |

| | |
|---|---|
| Merrill Edge<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 | Merrill Lynch, Pierce, Fenner, Smith<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 |
| TD Ameritrade Holding Corp<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | The Interactive Brokers Group Inc and Subsidiaries<br>c/o Corporation Service Company<br>100 Pearl Street, 17th Floor, MC-CSC1<br>Hartford, CT 06103 |
| Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany | The Charles Schwab Corporation<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930 Los Angeles, CA 90017 |
| The Depository Trust & Clearing Corporation<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | The Depository Trust Company<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| Alpaca Securities LLC<br>c/o John Torola<br>20 N. San Mateo Drive, Suite 10<br>San Matea, CA 94401 | Ally Financial Inc.<br>c/o The Corporation Company<br>40600 Ann Arbor Rd., E Ste. 201<br>Plymouth, MI 48170 |
| ETrade Financial Holdings, LLC<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 | ETrade Securities LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Freetrade, Ltd.<br>32-38 Leman Street London, E1 8EW<br>United Kingdom |
| Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 |
| M1 Finance, LLC<br>200 N Lasalle Street, Suite 800<br>Chicago, IL 60601 | Morgan Stanley Smith Barney LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| Tastyworks, Inc.<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 | Stash Financial, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| eToro USA Securities, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria |

| | |
|---|---|
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | |