BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | : : : : | MDL Docket No. 2989 |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance (JPML Form 18), and accompanying attachment, were served on all parties electronically via ECF on February 23, 2021.

Dated February 26, 2021

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar No.: 0037061
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 337-7992
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
**Attorney for Plaintiff**