BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: January 2021 Short Squeeze Trading Litigation | MDL No. 2989 |
|---|---|

ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement applies to Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation (collectively, the "Schwab/TDA Defendants").

**Case Caption:** One or more Schwab/TDA Defendants is a party to the following tag-along actions, which are not listed on the Amended Schedule of Actions (Dkt. 6), but are listed in the Schwab/TDA Defendants' February 23, 2021 Notice of Potential Tag-Along Actions (Dkt. 66).

|    | Short Caption | Schwab/TDA Defendant(s) Represented | District | Case No. |
|----|---|---|---|---|
| 1. | Clapp, et al. v. Ally Financial Inc., et al. | Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation | N.D. Cal. | 3:21-cv-896 |
| 2. | Kelley, et al. v. Robinhood Markets Inc., et al. | TD Ameritrade, Inc. | E.D. Ark. | 4:21-cv-93 |

**Corporate Disclosures:** The parent corporation of Charles Schwab & Co., Inc. is Schwab Holdings, Inc., which is a wholly owned subsidiary of The Charles Schwab Corporation. The Charles Schwab Corporation is a publicly traded corporation and has no parent corporation. The Toronto-Dominion Bank is a publicly-held corporation that owns less than 10% of The Charles Schwab Corporation's voting common stock (and combined with its ownership of a separate class of non-voting

common stock, owns more than 10% of common stock of The Charles Schwab Corporation).

The parent corporation of TD Ameritrade, Inc. is TD Ameritrade Online Holdings Corp., a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation.

The parent corporation of TD Ameritrade Clearing, Inc. is TD Ameritrade Online Holdings Corp., a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation.

The parent corporation of TD Ameritrade Holding Corporation is The Charles Schwab Corporation.