BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | : : : : | MDL Docket No. 2989 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Plaintiff Austin Schaff's Response in Support of Plaintiffs Shane Cheng and Terell Sterling's Motion for Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407, were served on all parties electronically via ECF on March 1, 2021.

Dated February 26, 2021

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar No.: 0037061
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 337-7992
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
**Attorney for Plaintiff**