# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHORT SQUEEZE ANTITRUST LITIGATION | MDL NO. 2989 |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorneys Jeffrey A. Klafter and Amir Alimehri's firm name has changed from Klafter Olsen & Lesser LLP to KLAFTER LESSER LLP, effective March 1, 2021. This name change affects counsel's email address as well, changing it from @klafterolsen.com to @klafterlesser.com, as seen below. Counsel's mailing address and telephone number remain unchanged.

Dated: March 1, 2021

Respectfully submitted,

By: */s/ Jeffrey A. Klafter*
Jeffrey A. Klafter
Amir Alimehri
KLAFTER LESSER LLP
2 International Drive, Suite 350
Rye Brook, NY 10573
Tel: (914) 934-9200
Fax: (914) 934-9220
Email: jak@klafterlesser.com
amir.alimehri@klafterlesser.com

*Attorney for Patryk Krasowski*