# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SHORT SQUEEZE ANTITRUST LITIGATION | MDL NO. 2989 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Notice of Presentation or Waiver of Oral Argument** were served on all parties in the following cases electronically via ECF, or as indicated below on March 1, 2021.

Dated: March 1, 2021                                          Respectfully submitted

                                                                            By: /s/ Jeffrey A. Klafter
                                                                            Jeffrey A. Klafter
                                                                            Amir Alimehri
                                                                            KLAFTER LESSER LLP
                                                                            2 International Drive, Suite 350
                                                                            Rye Brook, NY 10573
                                                                            Telephone: (914) 934-9200
                                                                            Facsimile: (914) 934-9220
                                                                            E-mail: jak@klafterlesser.com
                                                                                         amir.alimehri@klafterlesser.com

                                                                            *Attorneys for Patryk Krasowski*

| **Plaintiffs** <br> **(via ECF)** ||
|---|---|
| Joseph R. Saveri (State Bar No. 130064) <br> Steven N. Williams (State Bar No. 175489) <br> Christopher K.L. Young <br> (State Bar No. 318371) <br> Anupama K. Reddy (State Bar No. 324873) <br> JOSEPH SAVERI LAW FIRM, INC. <br> 601 California Street, Suite 1000 <br> San Francisco, CA 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> E-mail: jsaveri@saverilawfirm.com <br>       swilliams@saverilawfirm.com <br>       cyoung@saverilawfirm.com <br>       areddy@saverilawfirm.com <br><br> *Attorney for Individual and Representative Plaintiffs Shane Cheng and Terell Sterling* | Richard C. Dalton <br> RICHARD C. DALTON, LLC <br> P.O. Box 358 <br> Carencro, LA 70520 <br> E-mail: rick@rickdaltonlaw.com <br><br> Jeffrey A. Koncius <br> KIESEL LAW LLP <br> 8648 Wilshire Boulevard <br> Beverly Hills, CA 90211 <br> Telephone: (310) 854-4444 <br> Facsimile: (310) 854-0812 <br> E-mail: koncius@kiesel.law <br><br> *Attorney for Christian A. Dalton* |
| Gabriel A. Assaad (TX Bar No. 24076189) <br> McDonald "Don" Worley <br> Matthew S. Yezierski <br> McDONALD WORLEY, PC <br> 1770 St. James Street, Suite 100 <br> Houston, TX 77056 <br> Telephone: (713) 523-5500 <br> Facsimile: (713) 523-5501 <br> E-mail: hassaad@mcdonaldworley.com <br>       don@mcdonaldworley.com <br>       matt@mcdonaldworley.com <br><br> *Attorneys for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunicutt* | Joseph M. Kar (SBN 207414) <br> LAW OFFICE OF JOSEPH M. KAR, PC <br> 15250 Ventura Boulevard, Suite PH-1220 <br> Sherman Oaks, CA 91403 <br> Telephone: (818) 501-6930 <br> Facsimile: (818) 501-6935 <br> E-mail: info@civillegal.com <br><br> Gerald L. Kroll (SBN 066493) <br> KROLL LAW FIRM <br> 970 West Broadway, Suite E-200 <br> Jackson, WY 83001 <br> Telephone: (202) 248-5423 <br><br> *Attorneys for Levi Cobos* |
| Gary R. Carlin <br> LAW OFFICE OF GARY R. CARLIN, APC <br> 301 E. Ocean Boulevard, Suite 1550 <br> Long Beach, CA 90802 <br> E-mail: gary@garycarlinlaw.com <br><br> *Attorney for Timothy A. Nordeen and Aaron Kolysko* | Richard Joseph Gatz (State Bar No. 6291165) <br> RICHARD GATZ, ATTORNEY AT LAW <br> 1104 N. Mill Street, Unit 212 <br> Naperville, IL 60563 <br> Telephone: (630) 445-3187 <br> E-mail: richardgatz@gmail.com <br><br> *Attorney for Richard Joseph Gatz* |

| | |
|---|---|
| Heather L. Blaise (State Bar No. 261619)<br>Lana B. Nassar, ARDC No. 6319396<br>BLAISE & NITSCHKE, P.C.<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606<br>Telephone: (312) 448-6602<br>E-mail: hblaise@blaisenitschkelaw.com<br><br>*Attorneys for Plaintiffs Hama Kayali and Mohammed A. Doleh* | Jason Zimmerman (FL Bar No. 104392)<br>GRAY-ROBINSON, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>Telephone: (407) 843-8880<br>Facsimile: (407) 244-5690<br>E-mail: Jason.zimmerman@gray-robinson.com<br><br>*Attorney for Steven Baird* |
| David M. Manes (PA ID: 314661)<br>Prabhu Narahari (PA ID: 323895)<br>MANES & NARAHARI LLC<br>429 Fourth Avenue, Suite 300<br>Pittsburgh, PA 15219<br>Telephone: (412) 626-5591<br>Facsimile: (412) 650-4845<br>E-mail: dm@manesnarahari.com<br>         pn@manesnarahari.com<br><br>*Attorneys for Brian Omahne* | Aaron Siri<br>Mason Barney<br>Elizabeth A. Brehm<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>Telephone: (212) 532-1091<br>E-mail: aaron@sirillp.com<br>         mbarney@sirillp.com<br>         ebrehm@sirillp.com<br><br>*Attorneys for Royal Williams* |
| Janet R. Varnell (FBN: 0071072)<br>Brian R. Warwick (FBN: 0605573)<br>Matthew T. Peterson (FBN: 1020720)<br>Erika Willis (FBN: 100021)<br>VARNELL AND WARWICK, P.A.<br>1101 E. Cumberland Avenue, Suite 201H #105<br>Tampa, FL 33602<br>Telephone: (352) 753-8600<br>Facsimile: (352) 504-3301<br>E-mail: jvarnell@varnellandwarwick.com<br>         bwarwick@varnellandwarwick.com<br>         mpeterson@varnellandwarwick.com<br>         ewillis@varnellandwarwick.com<br>         kstroly@varnellandwarwick.com<br><br>*Attorneys for Jonathan Diamond* | Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Telephone: (212) 587-0760<br>Facsimile: (212) 587-4169<br>E-mail: alexc@dereksmithlaw.com<br><br>Ishan Dave (State Bar No. 307420)<br>Abraham Z. Melamed<br>(State Bar No. 326607)<br>DEREK SMITH LAW GROUP, PLLC<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>Telephone: (310) 602-6050<br>Facsimile: (310) 602-6350<br>E-mail: ishan@dereksmithlaw.com<br>         alexc@dereksmithlaw.com<br><br>*Attorney for David Wieg, Zachary Ziegler, Peter Fray, Bartosz Zybura, Brendon Nelson, Steven Minnick, and Jhanna White* |

3

| | |
|---|---|
| Brandon J. Hill (FL Bar No. 37061)<br>Luis A. Cabassa (FL Bar No. 0053643)<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>Telephone: (813) 224-0431<br>Facsimile: (813) 229-8712<br>E-mail: bhill@wfclaw.com<br>          lcabassa@wfclaw.com<br>          gnichols@wfclaw.com<br><br>Chad A. Justice (FL Bar No. 121559)<br>JUSTICE FOR JUSTICE LLC<br>1205 N. Franklin Street, Suite 326<br>Tampa, FL 33602<br>Telephone: (813) 566-0550<br>Facsimile: (813) 566-0770<br>E-mail chad@getjusticeforjustice.com<br><br>*Attorneys for Austin Schaff* | William M. Audet (SBN 117456)<br>"David" Ling Y. Kuang (SBN 296873)<br>Kurt D. Kessler (SBN 327334)<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br>E-mail: waudet@audetlaw.com<br>          lkuang@audetlaw.com<br>          kkessler@audetlaw.com<br><br>Robert L. Lieff (SBN 037568)<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>E-mail: elieff@lchb.com<br><br>Jack Russo (SBN 096068)<br>COMPUTER LAW GROUP, LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>E-mail: jrusso@computerlaw.com<br><br>*Attorneys for Sagi Cezana and Elvia Curiel-Ruth* |
| Nathaniel N. Peckham<br>Samuel C. Wilson<br>1835 Market Street, Suite 2950<br>Philadelphia, PA 19103<br><br>Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>E-mail: alexc@dereksmithlaw.com<br><br>*Attorneys for Steven Minnick and Jhanna White* | Maurice D. Pessah (SBN 275955)<br>Michael Morris-Nussbaum (SBN 317146)<br>Summer E. Benson (SBN 326398<br>PESSAH LAW GROUP, PC<br>601 N. Harper Avenue, Suite 2018<br>Los Angeles, CA 90048<br>Telephone: (310) 772-22661<br>E-mail: maurice@pessahgroup.com<br>          mmnussbaum@pessahgroup.com<br>          sbenson@pessahgroup.com<br><br>*Attorneys for Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, and Scott Schiller* |

| | |
|---|---|
| R. Tamara de Silva (lead counsel)<br>LAW OFFICES OF R TAMARA DE SILVA, LLC<br>980 N. Michigan Avenue, Suite 1400<br>Chicago, IL 60611<br>Telephone: (312) 913-9999<br>E-mail: tamara@desilvalawoffices.com<br><br>Jonathan Lubin<br>LAW OFFICES OF JONATHAN LUBIN<br>8800 Bronx Avenue, Suite 100H<br>Skokie, IL 60077<br>E-mail: jonathan@lubinlegal.com<br><br>*Attorneys for Marcus Lagmanson, Anthony R. Reyes, and Brian Belderrain* | Dennis C. Reich (State Bar No. 16739600)<br>Robert J. Birnstock (State Bar No. 02328350)<br>Shreedhar R. Patel (State Bar No. 24074864)<br>REICH & BINSTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Telephone: (713) 622-7271<br>Facsimile: (713) 623-8724<br>E-mail: dreich@reichandbinstock.com<br>      bbinstock@reichandbinstock.com<br>      spatel@reichandbinstock.com<br><br>*Attorneys for Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, and Summit Thakral* |
| Ronald P. Weil<br>Marguerite C. Snyder<br>Luke T. Jacobs<br>WEIL SNYDER & RAVINDRAN, P.A.<br>201 South Biscayne Boulevard<br>Citigroup Center, Suite 720<br>Miami, FL 33131<br>Telephone: (305) 372-5352<br>Facsimile: (305) 372-5355<br>E-mail: rweil@weillawfirm.com<br>      msnyder@weillawfirm.com<br>      ljacobs@weillawfirm.com<br><br>*Attorney for Michael D. Scalia* | Eric M. Poulin<br>Roy T. Willey, IV<br>Blake G. Abbott<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>Telephone: (843) 614-8888<br>Facsimile: (843) 494-5536<br>E-mail: eric@akimlawfirm.com<br>      roy@akimlawfirm.com<br>      blake@akimlawfirm.com<br><br>*Attorney for David Moody and Julie Moody* |
| Stephan Seeger (19234)<br>LAW OFFICES: STEPHEN J. CARRIERO<br>810 Bedford Street, Suite #3<br>Stamford, CT 06901<br>Telephone: (203) 273-5170<br>E-mail: seegerkid@aol.com<br><br>*Attorney for Marc A. Fresa* | Matthew L. Venezia (State Bar No. 313812)<br>BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697<br>E-mail: mvenezia@bgrfirm.com<br><br>*Attorney for Robert Days* |

| | |
|---|---|
| Michael McMullen, Esq.<br>COHEN & McMULLEN, P.A.<br>1132 SE 3rd Avenue<br>Ft. Lauderdale, FL 33316<br>E-mail: michael@floridajusticefirm.com<br><br>*Attorney for Andrew B. Courtney* | Kevin S. Hannon, #16015<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>Telephone: (303) 681-8800<br>Facsimile: (303) 861-8855<br>E-mail: khannon@hannonlaw.com<br><br>*Attorney for Chance Daniels* |
| Pamela Ann Markert (SBN 203780)<br>Solomon B. Cera (SBN 099467)<br>CERA LLP<br>595 Market Street, Suite 1350<br>San Francisco, CA 94105<br>Telephone: (415) 977-2228<br>E-mail: pmarkert@cerallp.com<br>          scera@cerallp.com<br><br>*Attorneys for Nick Parker* | Ibrahim Ahmed (NJ ID No. 265622018)<br>Fayyaz Ahmed (NJ ID No. 341122021)<br>IBRAHIM AHMED LAW GROUP, P.C.<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>Telephone: (732) 800-0251<br>E-mail: i.ahmed@ibrahimlaw.com<br>          f.ahmed@ibrahimlaw.com<br><br>*Attorneys for Asad Noorzaie* |
| James J. Ferraro (FL Bar No. 381659)<br>Sean A. Byrstyn (NY Bar No. 5533120) *<br>Natalia M. Salas (FL Bar No. 44895)<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, 38th Floor<br>Miami, FL 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222<br>E-mail: jlf@ferrarolaw.com<br>          seanburstyn@gmail.com<br>          nms@ferrarolaw.com<br><br>*Attorneys for Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, and Omar Alsaedi* | Alexander Loftus<br>David A. Eisenberg<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, IL 60601<br>Telephone: (312) 899-6625<br>E-mail: alex@loftusandeisenberg.com<br>          david@loftusandeisenberg.com<br><br>Joshua B. Kons<br>LAW OFFICES OF JOSHUA B. KONS, LLC<br>92 Hopmeadow Street, Lower Level<br>Weatogue, CT 06089<br>Telephone: (860) 920-5181<br>E-mail: joshuakons@konslaw.com<br><br>*Attorneys for James Hiscock* |

| | |
|---|---|
| Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>Telephone: (973) 313-1887<br>E-mail: lrosen@rosenlegal.com<br><br>Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>E-mail: pkim@rosenlegal.com<br><br>*Attorney for Damon Muncy* | L. Timothy Fisher (State Bar No. 191626)<br>BURSOR & FISHER P.A.<br>1990 N. California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>E-mail: ltfisher@bursor.com<br><br>Andrew J. Obergfell<br>BURSOR & FISHER P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-mail: aobergfell@bursor.com<br><br>*Attorney for Jordan Krumenacker* |
| Selin Demir (SBN 33148)<br>MIGLIACCIO & RATHOD LLP<br>388 Market Street. Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 489-7004<br>E-mail: sdemir3794@gmail.com<br><br>Nicholas A. Migliaccio<br>Jason S. Rathod<br>Bryan Faubus<br>MIGLIACCIO & RATHOD LLP<br>415 H Street N.E.<br>Washington, D.C. 20002<br>Telephone: (202) 470-3520<br><br>*Attorney for Mark Feeney and Jason Fossella* | Michael S. Taffe (FL Bar No. 490318)<br>Michael D. Bressan (FL Bar No. 11092)<br>Brandon M. Taffe (FL Bar No. 118932)<br>Jeremy M. Halpern (FL Bar No. 85942)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 South Pineapple Avenue, 10th Floor<br>Sarasota, FL 34236<br>Telephone: (941) 366-6660<br>Facsimile: (941) 366-3999<br>E-mail: mtaaffe@shumaker.com<br>       mbressan@shumaker.com<br>       btaaffe@shumaker.com<br>       jhalpern@shumaker.com<br><br>*Attorneys for Taylor Perri, Ryan Heitz, and Kevin Sheehan* |
| Frank R. Schirripa<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>112 Madison Avenue, 10th Floor<br>New York, NY 10016<br>Telephone: (212) 213-8311<br>Facsimile: (212) 779-0028<br>E-mail: fschirripa@hrsclaw.com<br><br>*Attorney for Dan Dechirico, Angel Guzman, and Joshua Palmer* | Parker J. Lavin (VSB No. 75106)<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Telephone: (912) 638-5200<br>Facsimile: (912) 638-5300<br>E-mail: plavin@robertstate.com<br><br>*Attorney for Matthew M. Lavin* |

| | |
|---|---|
| Caroline H. Miller<br>Alexander G. Cabeceiras<br>DEREK SMITH LAW GROUP, PLLC<br>701 Brickell Avenue, Suite 1310<br>Miami, FL 33131<br>Telephone: (305) 946-1884<br>E-mail: caroline@dereksmithlaw.com<br>         alexc@dereksmithlaw.com<br><br>*Attorneys for Peter Fray* | |

| **Plaintiffs**<br>**(served via First-Class Mail)** ||
|---|---|
| Larry Cherry<br>P.O. Box 1677<br>South Holland, IL 60473<br><br>Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br><br>*Pro Se* | |

| **Defendants**<br>**(via ECF)** ||
|---|---|
| Abbe R. Dembowitz<br>Kevin J. Orsini<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1393<br>E-mail: adembowitz@cravath.com<br>         korsini@cravath.com<br><br>*Attorneys for Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.* | Shari Ross Lahlou<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, D.C. 20006-1110<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333<br>E-mail: shari.lahlou@dechert.com<br><br>*Attorney for Defendants Interactive Brokers Group, Inc. (and Subsidiaries), IBG Holdings LLC, IBG LLC, Interactive Brokers Corp., and Interactive Brokers LLC* |

| | |
|---|---|
| Justina K. Sessions<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2197<br>Facsimile: (415) 947-2099<br>E-mail address: jsessions@wsgr.com<br><br>*Attorney for Defendant Open to the Public Investing, Inc.* | Daniel J. Kramer<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3020<br>Facsimile: (212) 492-0020<br>E-mail: dkramer@paulweiss.com<br><br>*Attorneys for Defendant Point72 Asset Management, L.P.* |
| Thomas E. Redburn, Jr.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>E-mail: tredburn@lowenstein.com<br><br>*Attorney for Defendants Melvin Capital Management LP and Candlestick Capital Management LP* | Thonas J. Haskins, Jr.<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Telephone: (214) 258-4111<br>Facsimile: (214) 258-4199<br>E-mail: thaskins@btlaw.com<br><br>*Attorney for Defendant tastyworks, Inc.* |
| Jason J. Mendro<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-3726<br>Facsimile: (202) 530-9626<br>E-mail: jmendro@gibsondunn.com<br><br>*Attorneys for Defendants Charles Schwab & Co., Inc., TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corporation, and The Charles Schwab Corporation* | Brian S. Weinstein<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4972<br>Facsimile: (212) 701-5972<br>E-mail: brian.weinstein@davispolk.com<br><br>*Attorney for Defendants Morgan Stanley Smith Barney LLC, E*TRADE Financial Corporation, E*TRADE Financial Holdings, LLC, and E*TRADE Asset Management, Inc.* |

9

| | |
|---|---|
| Robin Nunn<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>E-mail: robin.nunn@morganlewis.com<br><br>*Attorney for Defendant Stash Financial, Inc.* | Leiv Blad, Jr.<br>LOWENSTEIN SANDLER LLP<br>2200 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Telephone: (202) 753-3800<br>Facsimile: (973) 597-2400<br><br>*Attorney for Defendants Alpaca Securities LLC and eToro USA Securities, Inc.* |
| Belinda S. Lee<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: Belinda.lee@lw.com<br><br>*Attorney for Defendants Square, Inc. and Cash App Investing LLC* | Adam L. Hoeflich<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440<br>E-mail: adam.hoeflich@bartlitbeck.com<br><br>*Attorney for Defendants Citadel Enterprise Americas LLC and Citadel Securities LLC* |
| Gregory M. Boyle<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone: (312) 923-2651<br>Facsimile: (312) 527-0484<br>E-mail: gboyle@jenner.com<br><br>*Attorneys for Defendants The Depository Trust Company and The Depository Trust & Clearing Corporation* | Jack E. Pace, III<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>E-mail: jpace@whitecase.com<br><br>*Attorney for Defendant Apex Clearing Corporation* |

| **Defendants**<br>**(served via US First-Class Mail)** ||
|---|---|
| Citadel LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Webull Financial, LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 |
| Jeffrey E. Kwatinetz<br>15821 Ventura Blvd., Suite 370<br>Encino, CA 91436-2909 | Citadel, EFT, Inc.<br>Gary Deroos<br>825 College Blvd, Suite 102-328<br>Oceanside, CA 92057 |

| | |
|---|---|
| Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | D1 Capital Partner, L.P.<br>C/O Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |
| Merrill Lynch, Pierce, Fenner, Smith<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Merrill Edge<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Ally Financial Inc.<br>c/o The Corporation Company<br>40600 Ann Arbor Rd., E Ste. 201<br>Plymouth, MI 48170 |
| Sequoia Capital Operations LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Ste 930<br>Los Angeles, CA 90017 | ETrade Securities LLC<br>c/o Corporation Service Company<br>135 East 57th Street<br>New York, NY 10022 |
| Barclays Bank PLC<br>c/o Barclays Bank PLC<br>745 Seventh Avenue<br>New York, NY 10019 | FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 |
| M1 Finance, LLC<br>200 N Lasalle Street, Suite 800<br>Chicago, IL 60601 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 |
| Freetrade, Ltd.<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |
| Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgari | Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom |