BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL Docket No. 2989 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response In Support of Motion to Transfer was served electronically via e-mail by operation of the court's electronic filing system to all registered parties in the action at their associated e-mail address on March 1, 2021, or as indicated below on March 1, 2021.

**VIA FIRST CLASS MAIL ON MARCH 1, 2021**

Webull Financial LLC
c/o Business Filings Inc.
108 West 13th Street
Wilmington, Delaware 19801

Dated: March 1, 2021        By: *s/ William M. Audet*

                                                        William M. Audet (SBN 117456)
                                                        **AUDET & PARTNERS, LLP**
                                                        711 Van Ness Avenue, Suite 500
                                                        San Francisco, CA 94102-3275
                                                        Telephone:    (415) 568-2555
                                                        Facsimile:      (415) 568-2556
                                                        waudet@audetlaw.com

                                                        *Attorney for Sagi Cezana and Elvia Curiel-Ruth*