# EXHIBIT A

| Plaintiff | Sagi Cezana, on behalf of himself and all others similarly situated | *Cezana v. Robinhood Financial LLC et al*, 3:21-cv-00759 (N.D. Cal.) |
|---|---|---|
| Plaintiff | Elvia Curiel-Ruth, on behalf of herself and all others similarly situated | *Curiel-Ruth v. Robinhood Securities LLC et al*, 3:21-cv-00829 (N.D. Cal.) |