BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: January 2021 Short Squeeze Trading Litigation | MDL No. 2989 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Panel using the CM/ECF system. All involved parties have been served in the manner indicated below.

Dated: March 1, 2021

Respectfully submitted,

/s/ Jason J. Mendro

Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 887-3726
Fax: (202) 530-9626
jmendro@gibsondunn.com

*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation*

| **Plaintiffs – <u>Served via CM/ECF</u>** ||
|---|---|
| Jeffrey Alan Koncius<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Phone: (310) 854-4444<br>koncius@kbla.com<br><br>*Counsel for Christian A. Dalton* | Kevin S. Hannon<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>Phone: (303) 681-8800<br>khannon@hannonlaw.com<br><br>*Counsel for Chance Daniels* |
| Matthew L. Venezia<br>BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Phone: (310) 274-7100<br>mvenezia@bgrfirm.com<br><br>*Counsel for Robert Days* | Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for Peter Fray* |
| Brandon J. Hill<br>WENZEL FENTON CABASSA., P.A.<br>1110 North Florida Ave., Suite 300<br>Tampa, FL 33602<br>Phone: (813) 224-0431<br>bhill@wfclaw.com<br><br>*Counsel for Austin Schaff* | Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for David Wieg* |
| Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for Zachary Ziegler* | Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for Bartosz Zybura* |
| Jason Zimmerman<br>GRAYROBINSON, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>Phone: (407) 843-8880<br>jason.zimmerman@gray-robinson.com<br><br>*Counsel for Steven Baird* | William M. Audet<br>AUDET & PARTNERS, LLP<br>711 Van Ness Ave., Suite 500<br>San Francisco, CA 94102<br>Phone: (415) 568-2555<br>waudet@audetlaw.com<br><br>*Counsel for Sagi Cezana* |

| | |
|---|---|
| William M. Audet<br>AUDET & PARTNERS, LLP<br>711 Van Ness Ave., Suite 500<br>San Francisco, CA 94102<br>Phone: (415) 568-2555<br>waudet@audetlaw.com<br><br>*Counsel for Elvia Curiel-Ruth* | Janet R. Varnell<br>VARNELL & WARWICK, P.A.<br>1101 E. Cumberland Ave., Suite 201H, #105<br>Tampa, FL 33602<br>Phone: (352) 753-8600<br>jvarnell@varnellandwarwick.com<br><br>*Counsel for Jonathan Diamond* |
| Solomon B. Cera<br>CERA, LLP<br>595 Market Street, Suite 1350<br>San Francisco, CA 94105<br>Phone: (415) 977-2228<br>scera@cerallp.com<br><br>*Counsel for Nick Parker*<br><br>Jeffrey A. Klafter<br>KLAFTER OLSEN & LESSER LLP<br>2 International Drive, Suite 350<br>Rye Brook, NY 10573<br>Phone: (914) 934-9200<br>jak@klafterolsen.com<br><br>*Counsel for Patryk Krasowski* | Parker J. Lavin<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Phone: (912) 638-5200<br>plavin@robertstate.com<br><br>*Counsel for Matthew M. Lavin* |
| Michael S. Taaffe<br>SHUMAKER, LOOP & KENDRICK, LLP<br>240 South Pineapple Ave., 10th Floor<br>Sarasota, FL 34236<br>Phone: (941) 366-6660<br>mtaaffe@shumaker.com<br><br>*Counsel for Taylor Perri, Ryan Heitz, and Kevin Sheehan* | Gabriel A. Assaad<br>MCDONALD WORLEY, PC<br>1770 St. James St., Suite 100<br>Houston, TX 77056<br>Phone: (713) 523-5500<br>hassaad@mcdonaldworley.com<br><br>*Counsel for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunicutt* |
| Shreedhar R. Patel<br>REICH & BINSOTOCK, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>spatel@reichandbinstock.com<br><br>*Counsel for Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, and Summit Thakral* | Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for Brendon Nelson* |

| | |
|---|---|
| Andrew J. Obergfell<br>BURSOR & FISHER P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Phone: (646) 837-7150<br>aobergfell@bursor.com<br><br>*Counsel for Jordan Krumenacker* | Alexander G. Cabeceiras, Esq.<br>DEREK SMITH LAW GROUP, PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (212) 587-0760<br>alexc@dereksmithlaw.com<br><br>*Counsel for Steven Minnick and Jhanna White* |
| Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Phone: (212) 686-1060<br>pkim@rosenlegal.com<br><br>*Counsel for Damon Muncy* | Roy T. Willey, IV<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>Phone: (843) 614-8888<br>roy@akimlawfirm.com<br><br>*Counsel for David Moody and Julie Moody* |
| Frank R. Schirripa<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>185 Madison Avenue, 14th Floor<br>New York, NY 10016<br>Phone: (212) 213-8311<br>FSchirripa@hrsclaw.com<br><br>*Counsel for Dan Dechirico, Angel Guzman, and Joshua Palmer* | Marguerite Snyder, Esq.<br>WEIL, SNYDER & RAVINDRAN, P.A.<br>201 South Biscayne Boulevard, Suite 720<br>Miami, FL 33131<br>Phone: (305) 372-5352<br>msnyder@wellawfirm.com<br><br>*Counsel for Michael D. Scalia* |
| Maurice D. Pessah<br>PESSAH LAW GROUP, PC<br>661 N. Harper Ave., Suite 2018<br>Los Angeles, CA 90048<br>Phone: (310) 772-2261<br>mmnussbaum@pessahgroup.com<br><br>*Counsel for Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, and Scott Schiller* | Lana B. Nassar<br>BLAISE & NITSCHKE, P.C.<br>123 N. Upper Wacker Drive, Suite 250<br>Chicago, IL 60606<br>Phone: (312) 448-6602<br>lnassar@blaisenitschkelaw.com<br><br>*Counsel for Hanna Kayali and Mohammed A. Doleh* |

| | |
|---|---|
| Jonathan Lubin<br>LAW OFFICE OF JONATHAN LUBIN<br>8800 Bronx Ave., Suite 100H<br>Skokie, IL 60077<br>Phone: (773) 954-2608<br>jonathan@lubinlegal.com<br><br>*Counsel for Marcus Lagmanson, Anthony R. Reyes, and Brian Belderrain* | Natalia Salas, Esq.<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, Suite 3800<br>Miami, FL 33131<br>Phone: (305) 375-0111<br>nms@ferrarolaw.com<br><br>*Counsel for Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, and Omar Alsaedi* |
| Joseph R. Saveri<br>JOSEPH SAVERI LAW FIRM, INC.<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Phone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br><br>*Counsel for Shane Cheng and Terell Sterling* | Jason S. Rathod<br>MIGLIACCIO & RATHOD LLP<br>412 H Street N.E. Ste. 302<br>Washington, DC 20002<br>Phone: (202) 470-3520<br>jrathod@classlawdc.com<br><br>*Counsel for Mark Feeney and Jason Fossella* |
| Gary R. Carlin, Esq.<br>LAW OFFICE OF GARY R. CARLIN, APC<br>301 E. Ocean Blvd., Suite 1550<br>Long Beach, CA 90802<br>Phone: (562) 432-8933<br>gary@garycarlinlaw.com<br><br>*Counsel for Timothy A. Nordeen and Aaron Kolysko* | |

| **Defendants – <u>Served via CM/ECF</u>** ||
|---|---|
| Tom Redburn<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 262-6700<br>TRedburn@lowenstein.com<br><br>*Counsel for Candlestick Capital Management LP* | Leiv Blad<br>LOWENSTEIN SANDLER LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Phone: (202) 753-3800<br>LBlad@lowenstein.com<br><br>*Counsel for eToro USA Securities Inc. and Alpaca Securities, LLC* |

| | |
|---|---|
| Thomas Haskins<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Phone: (214) 258-4200<br>thaskins@btlaw.com<br><br>*Counsel for Tastyworks, Inc.* | Shari Ross Lahlou<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Phone: (202) 261-7923<br>shari.lahlou@dechert.com<br><br>*Counsel for The Interactive Brokers Group Inc.; Interactive Brokers LLC; Interactive Brokers Corp.; IBG, LLC; and IBG Holdings, LLC* |
| Robin Nunn<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Phone: (212) 309-6000<br>robin.nunn@morganlewis.com<br><br>*Counsel for Stash Financial, Inc.* | Daniel J. Kramer<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 373-3020<br>dkramer@paulweiss.com<br><br>*Counsel for Point 72 Asset Management, LP* |
| Gregory M. Boyle<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Phone: (312) 923-2651<br>gboyle@jenner.com<br><br>*Counsel for The Depository Trust Company and The Depository Trust & Clearing Corporation* | Jack E. Pace, III<br>WHITE AND CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 819-8200<br>jpace@whitecase.com<br><br>*Counsel for Apex Clearing Corporation* |
| Adam Hoeflich<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>Phone: (312) 494-4400<br>adam.hoeflich@bartlitbeck.com<br><br>*Counsel for Citadel Enterprise Americas LLC; Citadel Securities LLC; and Citadel EFT, Inc.* | Thomas E. Redburn, Jr.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 262-6700<br>tredburn@lowenstein.com<br><br>*Counsel for Melvin Capital Management LP* |

| | |
|---|---|
| Justina K. Sessions<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza, Spear Tower, Ste. 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2197<br>jsessions@wsgr.com<br><br>*Counsel for Open to the Public Investing, Inc.* | Kevin J. Orsini<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Phone: (212) 474-1393<br>korsini@cravath.com<br><br>*Counsel for Robinhood Financial, LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc.* |
| Belinda Lee<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, St 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Belinda.Lee@lw.com<br><br>*Counsel for Cash App Investing LLC and Square Inc.* | Brian S. Weinstein<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4972<br>brian.weinstein@davispolk.com<br><br>*Counsel for E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; E*Trade Asset Management, Inc.; and Morgan Stanley Smith Barney LLC* |
| Harry Olivar<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Phone: (213) 443-3000<br>harryolivar@quinnemanuel.com<br><br>*Counsel for Sequoia Capital Operations LLC* | Richard Owens<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>Phone: (212) 906-1200<br>richard.owens@lw.com<br><br>*Counsel for Barclays Bank PLC* |
| Patrick Gibbs<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Phone: (650) 843-5000<br>pgibbs@cooley.com<br><br>*Counsel for M1 Finance, LLC* | Marc De Leeuw<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 558-4219<br>deleeuwm@sullcrom.com<br><br>*Counsel for Ally Financial Inc.* |

| Plaintiffs – <u>Served via First Class U.S. Mail</u> ||
|---|---|
| Michael McMullen, Esq.<br>COHEN & MCMULLEN, P.A.<br>1132 SE 3rd Ave<br>Ft. Lauderdale, FL 33316<br>Phone: (954) 523-7774<br>michael@floridajusticefirm.com<br><br>*Counsel for Andrew B. Courtney* | Richard Joseph Gatz<br>1104 N. Mill St, Unit 212<br>Naperville, IL 60563<br>Phone: (630) 445-3187<br>richardgatz@gmail.com<br><br>*Pro se*<br><br>Richard Joseph Gatz<br>MULHERIN REHFELDT & VARCHETTO PC<br>211 S. Wheaton Ave., Suite 200<br>Wheaton, IL 60187<br>Phone: (630) 653-9300<br>richardgatz@gmail.com<br><br>*Counsel for Richard Joseph Gatz* |
| Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br>Phone: (773) 306-3377<br>larrycherry22@gmail.com<br><br>*Pro se* | David M. Manes, Esq.<br>MANES & NARAHARI LLC<br>429 Fourth Avenue, Suite 300<br>Pittsburgh, PA 15219<br>Phone: (412) 626-5591<br>dm@manesnarahari.com<br><br>*Counsel for Brian Omahne* |
| Aaron Siri<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>Phone: (212) 532-1091<br>aaron@sirillp.com<br><br>*Counsel for Royal Williams* | Joseph M. Kar<br>LAW OFFICE OF JOSEPH M. KAR, PC<br>15250 Ventura Blvd., Suite PH-1220<br>Sherman Oaks, CA 91403<br>Phone: (818) 501-6930<br>info@civillegal.com<br><br>*Counsel for Levi Cobos* |
| Ibrahim Admed, Esq.<br>IBRAHIM AHMED LAW GROUP, P.C.<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>Phone: (732) 800-0251<br>i.ahmed@ibrahimlaw.com<br><br>*Counsel for Asad Noorzaie* | Stephan Seeger, Esq.<br>LAW OFFICES, STEPHEN J. CARRIERO, LLC<br>810 Bedford Street, Suite #3<br>Stamford, CT 06901<br>Phone: (203) 273-5170<br>sseeger@lawfirmsjc.com<br><br>*Counsel for Marc A. Fresa* |

| | |
|---|---|
| Alexander Loftus, Esq.<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, IL 60601<br>Phone: (312) 899-6625<br>alex@loftusandeisenberg.com<br><br>*Counsel for James Hiscock* | Thomas P. Thrash<br>THRASH LAW FIRM<br>1101 Garland Street<br>Little Rock, AR 72201<br>Phone: (501) 374-1058<br>tomthrash@sbcglobal.net<br><br>*Counsel for Kevin Kelley and Zackary Kelley* |
| Eric Lechtzin<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>Phone: (215) 867-2399<br>elechtzin@edelson-law.com<br><br>*Counsel for Sabrina Clapp and Denise Redfield* | |

| **Defendants – <u>Served via First Class U.S. Mail</u>** ||
|---|---|
| Thomas Haskins<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Phone: (214) 258-4200<br>thaskins@btlaw.com<br><br>*Counsel for Dough LLC* | D1 Capital Partners LP<br>Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington, DE 19801 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 |
| Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Merrill Lynch, Pierce Fenner & Smith Inc.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| Merrill Edge<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Webull Financial LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Freetrade LTD<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Trading 212 Ltd.<br>3 Lachezar Stanchev Str.<br>Litex Tower, Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |