Appendix A – Short Squeeze Actions

**Cases Identified in the Cheng Plaintiffs' Motion to Transfer (Dkt. No. 1)**

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Andrew B. Courtney<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Southern District of Florida | Honorable Anuraag H. Singhal | 21-cv-60220-AHS | 1/28/2021 |
| **Plaintiff:**<br>Christian A. Dalton, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | Northern District of California | Honorable Kandis A. Westmore (Magistrate) | 21-cv-00697-KAW | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Chance Daniels, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; Webull Financial, LLC | District of Colorado | Honorable Scott T. Varholak (Magistrate) | 21-cv-00290-STV | 1/28/2021 |
| **Plaintiff:**<br>Robert Days<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | Northern District of California | Honorable Yvonne Gonzalez Rogers | 21-cv-00696-YGR | 1/28/2021 |
| **Plaintiff:**<br>Peter Fray, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Southern District of Florida | Honorable Rodolfo A. Ruiz II | 21-cv-60226-RAR | 1/28/2021 |
| **Plaintiff:**<br>Richard Joseph Gatz<br><br>**Defendants:**<br>Robinhood Financial LLC | Northern District of Illinois | Honorable Robert W. Gettleman | 21-cv-00490 | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab and Co. Inc.; The Depository Trust Company; The Depository Trust & Clearing Corporation; Does 1-10 | Central District of California | Honorable Virginia A. Phillips | 21-cv-00835-VAP-MRW | 1/28/2021 |
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; TD Ameritrade, Inc.; The Charles Schwab Corp.; Charles Schwab & Co. Inc.; Melvin Capital Management, LP; The Depository Trust Company, The Depository Trust & Clearing Corporation; Does 1-10 | Northern District of Illinois | Honorable Matthew F. Kennelly | 21-cv-00510 | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Brendon Nelson, Benedict Wong, Alaa Khoury, Nicholas Bogan, Steffon Dunlop, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc | Southern District of New York | Honorable Jesse M. Furman | 21-cv-00777-JMF | 1/28/2021 |
| **Plaintiff:**<br>Timothy A. Nordeen, Aaron Kolysko, *and All Members of the Public Who Are Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; The Interactive Brokers Group, Inc. and Subsidiaries; Interactive Brokers Corp.; IBG, LLC; IBG Holdings, LLC; Merrill Lynch, Pierce, Fenner Smith and Subsidiaries; Merrill Edge; The Charles Schwab Corp. and Subsidiaries; TD Ameritrade Holding Corp.; TD Ameritrade, Inc.; Webull Financial, LLC; Trade Republic; E*Trade Financial Corp; E*Trade Asset Management, Inc.; Firstrade Securities, Inc; Point 72 Asset Management, LP; D1 Capital Partners, LP; Melvin Capital Management, LP; Candlestick Capital Management, LP; Maple Lane Capital, LLC; Citadel EFT, Inc. | Southern District of California | Honorable Marilyn L. Huff | 21-cv-00167-H-BLM | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Brian Omahne, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Western District of Pennsylvania | Honorable Stephanie L. Haines | 21-cv-00013-SLH | 1/28/2021 |
| **Plaintiff:**<br>Austin Schaff, *on Behalf of Himself and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | Middle District of Florida | Honorable Thomas P. Barber | 21-cv-00216-TPB-CPT | 1/28/2021 |
| **Plaintiff:**<br>David Wieg, *Individually and on Behalf of Other Members of the General Public Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LLC; Robinhood Markets, Inc. | Northern District of California | Honorable Laurel Beeler (Magistrate) | 21-cv-00693-LB | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Royal Williams, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Webull Financial LLC | Southern District of New York | Honorable Denise L. Cote | 21-cv-00799-DLC | 1/28/2021 |
| **Plaintiff:**<br>Zachary Ziegler<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of Connecticut | Honorable Vanessa L. Bryant | 21-cv-00123-VLB | 1/28/2021 |
| **Plaintiff:**<br>Bartosz Zybura<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of New Jersey | Honorable Kevin McNulty | 21-cv-01348-KM-JBC | 1/28/2021 |
| **Plaintiff:**<br>Steven Baird, *on Behalf of Himself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC | Northern District of Florida | Honorable William Stafford | 21-cv-00061-WS-MAF | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Sagi Cezana, *on Behalf of Himself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Northern District of California | Honorable Jon S. Tigar | 21-cv-00759-JST | 1/29/2021 |
| **Plaintiff:**<br>Levi Cobos, *an Individual and Those Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Central District of California | Honorable Virginia A. Phillips | 21-cv-00843-VAP-MRW | 1/29/2021 |
| **Plaintiff:**<br>Jonathan Diamond, *on Behalf of Himself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; John Does 1-10 | Middle District of Florida | Honorable Wendy W. Berger | 21-cv-00207-WWB-DCI | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **<u>Plaintiff:</u>**<br>Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, Scott Schiller, *each Individually and on Behalf of All Others Similarly Situated*<br><br>**<u>Defendants:</u>**<br>Robinhood Securities, LLC; Robinhood Markets, Inc.; Does 1-100, inclusive | Central District of California | Honorable Virginia A. Phillips | 21-cv-00837-VAP-MRW | 1/29/2021 |
| **<u>Plaintiff:</u>**<br>Patryk Krasowski, Nick Parker, *on Behalf of Themselves and All Others Similarly Situated*<br><br>**<u>Defendants:</u>**<br>Robinhood Financial LLC; Robinhood Securities LCC; Citadel Securities LLC; Citadel Enterprise Americas LLC; *formerly known as* Citadel LLC | Northern District of California | Honorable Jon S. Tigar | 21-cv-00758-JST | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Marcus Lagmanson, Anthony R Reyes, Brian Belderrain, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial LLC; TD Ameritrade, Inc.; E*Trade Financial Corp. | Northern District of Illinois | Honorable Robert W. Gettleman | 21-cv-00541 | 1/29/2021 |
| **Plaintiff:**<br>Matthew M Lavin, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP | Eastern District of Virginia | Honorable Claude M. Hilton | 21-cv-00115-CMH-MSN | 1/29/2021 |
| **Plaintiff:**<br>Asad Noorzaie<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial LLC, John Does | District of New Jersey | Honorable Brian R. Martinotti | 21-cv-01361-BRM-DEA | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Taylor Perri, Ryan Heitz, Kevin Sheehan<br><br>**Defendants:**<br>Robinhood Markets, Inc.;<br>Robinhood Securities, LLC;<br>Robinhood Financial LLC | Middle District of Florida | Honorable Mary S. Scriven | 21-cv-00234-MSS-JSS | 1/29/2021 |
| **Plaintiff:**<br>Ryan Zachary Ross, Drew Hunnicutt, Erika Mercado, C. Louis Bunya, *on Behalf of Themselves and All Others Similarly Situated*<br><br>**Defendants:**<br>Ally Financial, Inc.; Alpaca Securities, LLC; Cash App Investing, LLC; Square, LLC; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities, LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, LLC; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open To The Public Investing, Inc.; Robinhood Financial LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corp.; Charles Schwab & Co. Inc.; FF TradeRepublic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; D1 Capital Partners, L.P.; Melvin Capital Management LP; | Southern District of Texas | Honorable Keith P. Ellison | 21-cv-00292 | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| Maplelane Capital LLC; Point72 Asset Management, L.P.; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | | | | |
| **Plaintiff:** Austin Schaff, *on Behalf of Himself and on Behalf of All Others Similarly Situated*<br><br>**Defendants:** TD Ameritrade, Inc. | Middle District of Florida | Honorable Mary S. Scriven | 21-cv-00222-MSS-JSS | 1/29/2021 |
| **Plaintiff:** Marc A. Fresa<br><br>**Defendants:** Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of Connecticut | Honorable Alfred V. Covello | 21-cv-00134-AVC | 1/30/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliott, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, Omar Alsaedi, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel LLC, d/b/a Citadel Securities; Point72 Asset Management, L.P.; and John Does 1-50 | Southern District of Florida | Honorable Cecilia M. Altonaga | 21-cv-20414-CMA | 1/30/2021 |
| **Plaintiff:**<br>Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, Summit Thakral, *on Behalf of Themselves and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; Does 1-50 | Southern District of Texas | Honorable Kenneth M. Hoyt | 21-cv-00311 | 1/30/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Shane Cheng, Terell Sterling; *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Ally Financial Inc.; Alpaca Securities LLC, Cash App Investing LLC; Square, Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC, Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open To The Public Investing, Inc.; Robinhood Financial LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Northern District of California | Honorable Maxine M. Chesney | 21-cv-00781-MMC | 2/1/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Larry Cherry<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Northern District of Illinois | Honorable Matthew F. Kennelly | 21-cv-00574 | 2/1/2021 |
| **Plaintiff:**<br>Elvia Curiel-Ruth, *on Behalf of Herself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.; WeBull Financial LLC; E*Trade Financial Corporation; Interactive Brokers LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | Northern District of California | Honorable Haywood S. Gilliam, Jr. | 21-cv-00829-HSG | 2/2/2021 |
| **Plaintiff:**<br>Mark Feeney, Jason Fossella, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Northern District of California | Honorable Susan van Keulen (Magistrate) | 21-cv-00833-SVK | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Jordan Krumenacker, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc. | Northern District of California | Honorable Yvonne Gonzalez Rogers | 21-cv-00838-YGR | 2/2/2021 |
| **Plaintiff:**<br>Steven Minnick, Jhanna White, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Eastern District of Pennsylvania | Honorable Mark A. Kearney | 21-cv-00489-MAK | 2/2/2021 |
| **Plaintiff:**<br>Damon Muncy, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Does 1-100 | District of New Jersey | Honorable Claire C. Cecchi | 21-cv-01729-CCC-MF | 2/2/2021 |
| **Plaintiff:**<br>Michael D Scalia<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Southern District of Florida | Honorable Donald M. Middlebrooks | 21-cv-80238-DMM | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>James Hiscock, *Individually and on Behalf of the Class Described Below*<br><br>**Defendants:**<br>TD Ameritrade, Inc. | Northern District of Illinois | Honorable John Z. Lee | 21-cv-00624 | 2/3/2021 |
| **Plaintiff:**<br>David Moody, Julie Moody, *on Behalf of Themselves and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC | Northern District of California | Honorable Joseph C. Spero (Magistrate) | 21-cv-00861-JCS | 2/3/2021 |

**Tag-Along Actions**

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Jean-Paul Saliba, o*n Behalf of Himself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Crypto, LLC; Does 1-100 | Northern District of California | Honorable Joseph C. Spero (Magistrate) | 21-cv-00871-JCS | 2/03/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Sabrina Clapp, and Denise Redfield, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC, E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open To The Public Investing, Inc.; Robinhood Financial LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Northern District of California | Honorable Vince Chhabria | 21-cv-00896-VC | 2/04/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Kevin Kelley and Zackary Kelley, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; TD Ameritrade Inc.; ETrade Financial Corporation | Eastern District of Arkansas | Honorable D. Price Marshall Jr. | 21-cv-00093-DPM | 2/04/2021 |
| **Plaintiff:**<br>Joseph Daniluk, *on Behalf of Himself and All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Citadel, LLC; d/b/a Citadel Securities | Northern District of California | Honorable Kandis A. Westmore (Magistrate) | 21-cv-00980-KAW | 2/08/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Dan Dechirico, Angel Guzman, and Joshua Palmer, *on Behalf of Themselves and All Others Similarly Situated*<br><br>**Defendants:**<br>Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open To The Public Investing, Inc.; Robinhood Financial LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth; LLC; Trading 212 Ltd.; Trading 212 Uk Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Eastern District of New York | Honorable LaShann DeArcy Hall | 21-cv-00677-LDH-RLM | 2/08/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:** <br> Emil Petrosyan, *on Behalf of Himself and All Others Similarly Situated* <br><br> **Defendants:** <br> Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | Southern District of California | Honorable Janis L. Sammartino | 21-cv-00238-JLS-DEB | 2/09/2021 |
| **Plaintiff:** <br> Allen Zelewski, Richard Conley, Dillon Rogers, and James Hill, *on Behalf of Himself and the Class of Others Similarly Situated* <br><br> **Defendants:** <br> Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | Middle District of Florida | Honorable Susan C. Bucklew | 21-cv-00329-SCB-TGW | 2/10/2021 |
| **Plaintiff:** <br> Petro Siruk, Marina Siruk, *on Behalf of Himself and the Class of Others Similarly Situated* <br><br> **Defendants:** <br> Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | District of Minnesota | Honorable Patrick J. Schiltz | 21-cv-00415-PJS-DTS | 2/12/2021 |