## Appendix B – Proposed Class Definitions

| Case | Proposed Class Definition(s) |
|---|---|
| *Baird v. Robinhood Markets, Inc., Robinhood Financial LLC, Robinhood Securities, LLC*, No. 21-cv-00061 (N.D. Fla.) | "[A]ny user of Robinhood within Florida that was unable to trade on the market with their Robinhood account because of Robinhood's restrictions on January 28, 2021." (Compl. ¶ 22.)<br><br>"[A]ll Robinhood customers within Florida who were not able to execute a trade of a restricted security after Robinhood purposefully removed the securities from its trading platform on January 28, 2021." (Compl. ¶ 24.) |
| *Cezana v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.,* No. 21-cv-00759 (N.D. Cal.) | "All Robinhood retail users within the United States." (Compl. ¶ 48.)<br><br>"*Restricted Trading Subclass*: All Robinhood retail users within the United States who were not able to execute trades on AMC, American Airlines, Blackberry, Bed Bath & Beyond, Castor Maritime, Express, GameStop, Koss Corporation, Naked Brand Group, Nokia, Sundial Growers, Tootsie Roll, and Trivago after Robinhood restricted their ability to make stock purchases on the app." (Compl. ¶ 49.)<br><br>"*California Subclass*: All Robinhood retail users within the State of California who were not able to execute trades on AMC, American Airlines, Blackberry, Bed Bath & Beyond, Castor Maritime, Express, GameStop, Koss Corporation, Naked Brand Group, Nokia, Sundial Growers, Tootsie Roll, and Trivago after Robinhood restricted their ability to make stock purchases on the app." (Compl. ¶ 49.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Cheng, et al. v. Ally Financial Inc., Alpaca Securities LLC, Cash App Investing LLC, Square Inc., Dough LLC, Morgan Stanley Smith Barney LLC, E*Trade Securities LLC, E*Trade Financial Corporation, E*Trade Financial Holdings, LLC, Etoro Usa Securities, Inc., Freetrade, Ltd., Interactive Brokers LLC, M1 Finance, LLC, Open To The Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC; IG Group Holdings PLC, Tastyworks, Inc., TD Ameritrade, Inc., The Charles Schwab Corporation, Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC, Trading 212 Ltd., Trading 212 Uk Ltd., Webull Financial LLC, Fumi Holdings, Inc., Stash Financial, Inc., Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC, Melvin Capital Management LP, Sequoia Capital Operations LLC, Apex Clearing Corporation, The Depository Trust & Clearing Corporation,* No. 21-cv-00781 (N.D. Cal.) | "All persons or entities in the United States that directly purchased securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the 'Class Period')." (Compl. ¶ 75.) |
| *Cherry v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00574 (N.D. Ill.) | N/A (individual action) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Clapp, et al. v. Ally Financial Inc., Alpaca Securities LLC, Cash App Investing LLC, Square Inc., Dough LLC, Morgan Stanley Smith Barney LLC, E*Trade Securities LLC, E*Trade Financial Corporation, E*Trade Financial Holdings, LLC, eToro USA Securities, Inc., Freetrade, Ltd., Interactive Brokers LLC, M1 Finance, LLC, Open To The Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC; IG Group Holdings PLC, Tastyworks, Inc.; TD Ameritrade, Inc., The Charles Schwab Corporation, Charles Schwab & Co. Inc., FF Trade Republic Growth, LLC; Trading 212 Ltd., Trading 212 UK Ltd., Webull Financial LLC, Fumi Holdings, Inc., Stash Financial, Inc., Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC, Melvin Capital Management LP; Sequoia Capital Operations LLC, Apex Clearing Corporation, The Depository Trust & Clearing Corporation*, No. 21-cv-00896 (N.D. Cal.) | "All persons or entities in the United States that directly purchased securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the 'Class Period')." (Compl. ¶ 74.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Cobos v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00843 (C.D. Cal.) | "A. MAIN CLASS: All individuals who were Robinhood customers within the United States on January 28, 2021; <br><br> B. SUB-CLASS #1: All individuals who were Robinhood customers within the United States who were prevented from transacting in the stock or derivative of AMC Theatres (NASDAQ: AMC) on January 28, 2021 as a result of Robinhood disabling the 'buy' feature on its app; and, <br><br> C. SUB-CLASS #2: All individuals who were Robinhood customers within the United States who were prevented from transacting in the stock or derivative of Blackberry (NASDAQ: BB) on January 28, 2021 as a result of the disabling of the "buy" feature on its app."  (Compl. ¶ 29.) |
| *Courtney v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-60220 (S.D. Fla.) | "All Robinhood customers within the United States."  (Compl. ¶ 30.) <br><br> "All Robinhood customers within the United States who were not able to execute trades on GME after Robinhood knowingly, willfully, and purposefully removed it completely from their platform."  (Compl. ¶ 31.) |
| *Curiel-Roth v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Charles Schwab & Co., Inc., TD Ameritrade, Inc., Webull Financial, LLC, E*Trade Financial Corporation, Interactive Brokers, LLC, Citadel Enterprise Americas, LLC, Melvin Capital Management LP*,  No. 21-cv-00829 (N.D. Cal.) | "All persons or entities within the United States who, through a Trading Platform Defendant or another retail brokerage company, directly purchased securities of AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), BlackBerry Ltd. (BB), Bed Bath & Beyond Inc. (BBBY), Castor Maritime, Inc. (CTRM), Express, Inc. (EXPR), GameStop Corp. (GME), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) between January 1, 2021 to and until anticompetitive effects of Defendants' unlawful conduct ceases ('the Class Period[']')."  (Compl. ¶ 82.) |
| *Dalton v. Robinhood Securities, LLC, Robinhood Financial LLC, and Robinhood Markets, Inc.*, No. 21-cv-00697 (N.D. Cal.) | "All customers of ROBINHOOD's trading platform on or about January 28, 2021."  (Am. Compl. ¶ 36.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Daniels v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., TD Ameritrade, Inc., Citadel Securities, LLC, Charles Schwab & Co. Inc., Interactive Brokers, LLC, Open to the Public Investing, Inc., and Webull Financial, LLC*, No. 21-cv-00290 (D. Colo.) | **"National Class**<br>All citizens of the United States who own or owned accounts on Defendants' trading platforms and as of January 27, 2021 at 5 pm EST own or owned securities of 'GME', 'BB', 'NOK', 'AMC', 'BBBY', 'EXPR', and 'KOSS' which Defendants did not allow the purchase of those securities on January 28, 2021 and for Defendant TD Ameritrade, on January 27, 2021.<br><br>**Colorado Class**<br>All citizens of the United States who own or owned accounts on Defendants' trading platforms and as of January 27, 2021 at 5 pm EST own or owned securities of 'GME', 'BB', 'NOK', 'AMC', 'BBBY', 'EXPR', and 'KOSS' Defendants did not allow the purchase of those securities on January 28, 2021, and for Defendant TD Ameritrade, on January 27, 2021."  (Compl. ¶ 35.) |
| *Daniluk v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel, LLC d/b/a Citadel Securities*, No. 21-cv-00980 (N.D. Cal.) | "[A]ll persons who maintained an account with Robinhood, and who owned any stock the ability of which to buy or otherwise trade was restricted by Robinhood in any way not required by law, during or after the week of January 25, 2021."  (Compl. ¶ 59.) |
| *Days v. Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC*, No. 21-cv-00696 (N.D. Cal.) | "All persons or entities in the United States that held a position in AMC on January 28, 2021, purchased through Robinhood, or who intended to invest in AMC through Robinhood during the time period in which Robinhood restricted such trading, and were harmed by Robinhood's actions to bar and later restrict trading of the stock." (Am. Compl. ¶ 57.)<br><br>"All persons or entities in the United States that held a position in NOK on January 28, 2021, purchased through Robinhood, or who intended to invest in NOK through Robinhood during the time period in which Robinhood restricted such trading, and were harmed by Robinhood's actions to bar and later restrict trading of the stock."  (Am. Compl. ¶ 58.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Dechirico, et al. v. Ally Financial Inc., Alpaca Securities LLC, Cash App Investing LLC, Square Inc., Morgan Stanley Smith Barney LLC, E*Trade Securities LLC, E*Trade Financial Corporation, E*Trade Financial Holdings, LLC, eToro Usa Securities, Inc., Freetrade, Ltd., Interactive Brokers LLC, M1 Finance, LLC, Open To The Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, IG Group Holdings PLC, Tastyworks, Inc., TD Ameritrade, Inc., The Charles Schwab Corporation, Charles Schwab & Co. Inc., FF Trade Republic Growth, LLC, Trading 212 Ltd., Trading 212 UK Ltd., Webull Financial LLC, Fumi Holdings, Inc., Stash Financial, Inc., Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC, Melvin Capital Management LP, Sequoia Capital Operations LLC, Apex Clearing Corporation, The Depository Trust & Clearing Corporation,* No. 21-cv-00677 (E.D.N.Y.) | "All persons or entities in the United States that directly purchased securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Castor Maritime Inc. (CTRM), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the 'Class Period')."  (Compl. ¶ 75.)<br><br>"All persons or entities in the United States that placed an order, after the close of the market on January 27, 2021, to purchase securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Castor Maritime Inc. (CTRM), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants but that order was cancelled or otherwise not filled due to the anticompetitive effects of Defendants' unlawful conduct."  (Compl. ¶ 75.) |
| *Diamond v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc. and John Does 1-10,* No. 21-cv-00207 (M.D. Fla.) | "All Robinhood customers within the United States."  (Compl. ¶ 73.)<br><br>"All Robinhood customers within the United States who had market orders cancelled by Robinhood for the following 13 companies: GameStop, American Airlines, BlackBerry, Bed Bath & Beyond, Nokia, Koss, AMC, Sundial, Trivago, Castor, Naked Brand Group, Tootsie."  (Compl. ¶ 74.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Feeney, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.,* No. 21-cv-00833 (N.D. Cal.) | "All clients of Robinhood in the United States who, from January 27, 2021, to January 29, 2021 (1) placed orders in the Manipulated Stocks that were not executed, or (2) possessed Manipulated Stocks that Robinhood sold without their consent."  (Compl. ¶ 74.)<br><br>All clients of Robinhood in Massachusetts who, from January 27, 2021, to January 29, 2021 (1) placed orders in the Manipulated Stocks that were not executed, or (2) possessed Manipulated Stocks that Robinhood sold without their consent."  (Compl. ¶ 75.) |
| *Fray v. Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.,* No. 21-cv-60226 (S.D. Fla.) | "All Robinhood customers within the United States."  (Compl. ¶ 27.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on GME after Robinhood knowingly, willfully, and purposefully removed it completely from their platform."  (Compl. ¶ 28.)<br><br>"All Robinhood customers within the State of Florida."  (Compl. ¶ 29.)<br><br>"All Robinhood customers within the State of Florida who were not able to execute trades on GME and other securities after Robinhood knowingly, willfully, and purposefully removed completely from their platform."  (Compl. ¶ 30.) |
| *Fresa v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00134 (D. Conn.) | "[A]ll other **ROBINHOOD** users in Connecticut and/or elsewhere in the United States, who were intentionally prohibited from investing and/or trading one or more of the aforementioned blocked stocks via **ROBINSHOOD's** [*sic*] application and/or web-based investment/trading platforms."  (Am. Compl. ¶ 35.) |
| *Gatz v. Robinhood Financial LLC*, No. 21-cv-00490 (N.D. Ill.) | N/A (individual action) |
| *Gossett, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC; Robinhood Markets, Inc., Does 1-100*, No. 21-cv-00837 (C.D. Cal.) | "All Robinhood clients and/or users within the United States who held positions and/or were unable to execute any trade(s) of the Securities or the Derivatives on or after January 28, 2021, and who were harmed by Robinhood's actions to bar or otherwise restrict trading of the same."  (Am. Compl. ¶ 21.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Hiscock v. TD Ameritrade Inc.*, No. 21-cv-00624 (N.D. Ill.) | "All persons or entities who attempted to purchase or sale OTC stocks from January 27, 2021 to February 1, 2021 using the TD platform whose orders were rejected or delayed." (Compl. ¶ 10.) |
| *Juncadella, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel LLC, d/b/a Citadel Securities, Point72 Asset Management, L.P., and John Does 1-50*, No. 21-cv-20414 (S.D. Fla.) | "All Robinhood customers within the United States." (Compl. ¶ 67.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on stocks in the Restricted Basket after Robinhood, together with Citadel and Point72, knowingly, willfully, and purposefully removed them completely from their platform." (Compl. ¶ 68.) |
| *Kayali, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel Enterprise Americas, LLC, TD Ameritrade, Inc., The Charles Schwab Corp., Charles Schwab & Co. Inc., Melvin Capital Management, LP, The Depository Trust Company, The Depository Trust & Clearing Corporation and Does 1-10*, No. 21-cv-00510 (N.D. Ill.) | "All Robinhood and TD Ameritrade customers within the United States." (Am. Compl. ¶ 45.) |
| *Kayali, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel Enterprise Americas, LLC, TD Ameritrade, Inc., The Charles Schwab Corp., Charles Schwab & Co. In*c., *Melvin Capital Management, LP, The Depository Trust Company, The Depository Trust & Clearing Corporation and Does 1-10*, No. 21-cv-00835 (C.D. Cal.) | "All Robinhood and TD Ameritrade customers within the United States." (Am. Compl. ¶ 46.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Kelley, et al. v. Robinhood Markets, Inc, Robinhood Financial LLC, Robinhood Securities, LLC, TD Ameritrade, Inc., E\*Trade Financial Corp.*, No. 21-cv-00093 (E.D. Ark.) | "Defendants' customers who lost the ability to make purchases or sell options on their accounts from January 28, 2021 to the date of judgment in this Action. (the 'Nationwide Class')." (Compl. ¶ 42.)<br><br>"Defendants' customers who are citizens of Arkansas and who lost the ability to make purchases or sell options on their accounts from January 28, 2021 to the date of judgment in this Action. (the 'Arkansas Class')." (Compl. ¶ 43.) |
| *Krasowski, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Citadel Securities LLC, Citadel Enterprise Americas LLC F/K/A Citadel LLC*, No. 21-cv-00758 (N.D. Cal.) | "[A]ll Robinhood customers who owned any of the Restricted Securities listed below or options to buy such securities up until the time Robinhood began restricting "buy" orders on the Restricted Securities, and who have been damaged and continued to be damaged by Robinhood's initial blocking of, and now significant limitation on, any purchases of the Restricted Securities; (2) all Robinhood customers whose sales of any Restricted Securities were delayed by Robinhood and were damaged thereby; and (3) all Robinhood customers who were unable to purchase any Restricted Securities on January 28, 2021 and those subject to any limitations Robinhood continues to impose on any of the Restricted Securities who were harmed. The Restricted Securities are: AAL, AMC, BB, BBBY, CTRM, EXPR, GME, KOSS, NAKD, NOK, SNDL, TR, and TRVG (the 'Damages Class')." (Compl. ¶ 29.)<br><br>"[A]ll Robinhood customers who were unable to purchase any Restricted Securities on January 28, 2021 and those subject to any limitations Robinhood continues to impose on any of the Restricted Securities. (the 'Injunctive Class')." (Compl. ¶ 29.) |
| *Krumenacker v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Charles Schwab & Co., Inc.*, No. 21-cv-00838 (N.D. Cal.) | "All persons within the United States who maintained a Robinhood and/or Charles Schwab account from January 1, 2021 through present (the 'Nationwide Class')." (Compl. ¶ 71.)<br><br>"[A]ll persons in the State of Florida who maintained a Robinhood and/or Charles Schwab account from January 1, 2021 through present (the 'Florida Subclass')." (Compl. ¶ 72.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Lagmanson, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., TD Ameritrade Holding Corporation, E*Trade Financial Corp.*, No. 21-cv-00541 (N.D. Ill.) | "[A]ll customers who were unable to execute trades of GameStop, AMC, Bed Back [*sic*] & Beyond, Nokia, and other stocks, and on behalf of traders whose positions in those stocks were impacted by the market manipulation caused by the Defendants' restrictions on purchases of those stocks."  (Compl. ¶ 45.) |
| *Lavin v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel Securities, LLC, Citadel Enterprise Americas LLC, and Melvin Capital Management, LP*, No. 21-cv-00115 (E.D. Va.) | "National Class:  All Robinhood customers within the United States who were not able to execute trades on GME and/or AMC after Robinhood knowingly, willfully, and purposefully removed it completely from their platform."  (Compl. ¶ 34.)<br><br>"Virginia Class:  All Robinhood customers within the Commonwealth of Virginia who were not able to execute trades on GME and/or AMC after Robinhood knowingly, willfully, and purposefully removed it completely from their platform."  (Compl. ¶ 34.) |
| *Minnick, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00489 (E.D. Pa.) | "All Robinhood customers within the United States."  (Compl. ¶ 62.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on GME and the Blocked Securities after Robinhood knowingly, willfully, and purposefully removed them completely and/or restricted them from their platform; all customers within the United States who were harmed by Robinhood's knowingly, willfully, and purposeful removal of GME and the Blocked Securities."  (Compl. ¶ 63.)<br><br>"All Robinhood customers within Pennsylvania State."  (Compl. ¶ 64.)<br><br>"All Robinhood customers within Pennsylvania who were not able to execute trades on GME and the Blocked Securities after Robinhood knowingly, willfully, and purposefully removed them completely and/or restricted them from their platform; all customers within Pennsylvania State who were harmed by Robinhood's knowingly, willfully, and purposeful removal of GME and the Blocked Securities."  (Compl. ¶ 65.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Moody, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Citadel Securities LLC, Citadel Enterprise Americas LLC.*, No. 21-cv-00861-JCS (N.D. Cal.) | "All Robinhood customers."  (Compl. ¶ 65.) |
| *Muncy v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Does 1-100,* No. 21-cv-01729 (D.N.J.) | "[A]ll persons other than defendants sold the Affected Securities on the Robinhood trading platform on or after January 28, 2021, and who were damaged thereby (the 'Class')."  (Compl. ¶ 26.) |
| *Nelson v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00777 (S.D.N.Y.) | "All Robinhood customers and/or Users within the United States."  (Am. Compl. ¶ 113.)<br><br>"All Robinhood customers within the United States who were not able to submit purchase orders for GME and the Blocked Securities after Robinhood knowingly, willfully, and purposefully removed them completely and/or restricted them from their platform; all customers within the United States who were harmed by Robinhood's knowingly, willfully, and purposeful removal of GME and the Blocked Securities." (Am. Compl. ¶ 114.)<br><br>"All Robinhood customers within New York State." (Am. Compl. ¶ 115.)<br><br>"All Robinhood customers within New York State who were not able to execute trades on GME and the Blocked Securities after Robinhood knowingly, willfully, and purposefully removed them completely and/or restricted them from their platform; all customers within New York State who were harmed by Robinhood's knowingly, willfully, and purposeful removal of GME and the Blocked Securities." (Am. Compl. ¶ 116.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Ng, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., and Does 1-50*, No. 21-cv-00311 (S.D. Tex.) | "All persons who used Robinhood's brokerage services between January 20, 2021 and the end of the restriction period on the Restricted Tickers. (the 'Robinhood Class')." (Compl. ¶ 40.)<br><br>"All persons who held shares of the Restricted Tickers in their brokerage accounts between January 28, 2020 and the end of such restrictions and sold shares of the Restricted Tickers at a loss. (the 'Loss of Value Class')." (Compl. ¶ 41.)<br><br>"All persons who held shares of the Restricted Tickers in their brokerage accounts between January 28, 2020 and the end of such restrictions and sought to purchase additional shares of the Restricted Tickers. (the 'Loss of Additional Investment Value Class')." (Compl. ¶ 42.)<br><br>"All persons who used Robinhood's brokerage services between January 20, 2021 and the end of the restriction period on the Restricted Tickers that held shares and sold at a loss. (the 'Sold at Loss Class')." (Compl. ¶ 43.)<br><br>"All Robinhood customers within the State of Texas ('Texas Class')." (Compl. ¶ 44.)<br><br>"All Robinhood customers within the State of Texas who were not able to execute trades on the Restricted Tickers and other securities after Robinhood knowingly, willfully, and purposefully removed completely from their platform ('Texas Loss Class')." (Compl. ¶ 45.) |
| *Noorzaie v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., John Does*, No. 21-cv-01361 (D.N.J.) | "All individuals who were Robinhood customers in New Jersey that were not able to perform trades on $GME as a result of the purposeful actions and/or inactions of Robinhood." (Compl. ¶ 25.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Nordeen, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., The Interactive Brokers Group Inc. and Subsidiaries, Interactive Brokers Corp., IBG, LLC, IBG Holdings, LLC, Merrill Lynch, Pierce, Fenner Smith and Subsidiaries, Merrill Edge, The Charles Schwab Corp. and Subsidiaries, TD Ameritrade Holding Corp., TD Ameritrade, Inc., Webull Financial, LLC, Trade Republic, E Trade Financial Corp, E Trade Asset Management, Inc., Firstrade Securities, Inc, Point 72 Asset Management, LP, D1 Capital Partners, LP, Melvin Capital Management, LP, Candlestick Capital Management, LP, Maple Lane Capital, LLC, Citadel EFT, Inc.*, No. 21-cv-00167 (S.D. Cal.) | "All BROKERS, and each of them, customers who were prohibited from buying or Selling STOCKS." (Am. Compl. ¶ 80.)<br><br>"All BROKERS, and each of their customers who were not able to execute trades on STOCKS, after BROKERS, and each of them, knowingly, willfully, and purposefully removed it completely from their platform." (Am. Compl. ¶ 81.)<br><br>"All BROKERS and each of their customers who had their stocks, options, securities, and/or portfolios sold without their consent." (Am. Compl. ¶ 82.) |
| *Omahne v. Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.*, No. 21-cv-00013 (W.D. Pa.) | "All Robinhood customers within the United States." (Compl. ¶ 29.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on AMC after Robinhood knowingly, willfully, and purposefully removed it completely from their platform." (Compl. ¶ 30.) |
| *Perri, et al. v. Robinhood Markets, Inc., Robinhood Securities, LLC, Robinhood Financial LLC*, No. 21-cv-00234 (M.D. Fla.) | "All Robinhood customers within the United States as of January 28, 2021." (Compl. ¶ 45.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Petrosyan v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00238 (S.D. Cal.) | "All Robinhood clients within the United States who, due to Robinhood's purposeful and knowing disabling of any part of the functionality of their accounts, were unable to execute trades on AMC."  (Compl. ¶ 29.)<br><br>"All Robinhood clients within the United States who, due to Robinhood's purposeful and knowing disabling of any part of the functionality of their accounts, were unable to execute trades on NOK."  (Compl. ¶ 29.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Ross, et al. v. Ally Financial, Inc., Alpaca Securities, LLC, Cash App Investing, LLC; Square, LLC, Dough, LLC; Morgan Stanley Smith Barney, LLC, E*Trade Securities, LLC, E*Trade Financial Corporation, E*Trade Financial Holdings, LLC, eToro USA Securities, LLC; Freetrade, Ltd.; Interactive Brokers, LLC, M1 Finance, LLC, Open To The Public Investing, Inc., Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC, IG Group Holdings PLC, Tastyworks, Inc.; TD Ameritrade, Inc., The Charles Schwab Corporation, Charles Schwab & Co. Inc., FF TradeRepublic Growth, LLC, Trading 212 Ltd., Trading 212 Uk Ltd., Webull Financial LLC, Fumi Holdings, Inc., Stash Financial, Inc., Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC, D1 Capital Partners, L.P., Melvin Capital Management LP, Maplelane Capital LLC, Point72 Asset Management, L.P., Sequoia Capital Operations LLC, Apex Clearing Corporation, The Depository Trust & Clearing Corporation*, No. 21-cv-00292 (S.D. Tex.) | "CLASS 1: All persons or entities in the United States that directly purchased securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) from one or more of the Defendants between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the 'Class Period').<br><br>CLASS 2: All persons or entities in the United States that owned securities in GameStop Corp. (GME), AMC Entertainment Holdings Inc. (AMC), American Airlines Group Inc. (AAL), Bed Bath & Beyond Inc. (BBBY), BlackBerry Ltd. (BB), Express, Inc. (EXPR), Koss Corporation (KOSS), Naked Brand Group Ltd. (NAKD), Nokia Corp. (NOK), Sundial Growers Inc. (SNDL), Tootsie Roll Industries, Inc. (TR), or Trivago N.V. (TRVG) between January 1, 2021 through and until the anticompetitive effects of Defendants' unlawful conduct cease (the 'Class Period')." (Am. Compl. ¶ 148.)<br><br>"All Robinhood customers who were not able to execute trades on January 28, 2021 related to specific securities after Robinhood knowingly, willfully, and purposefully removed it completely from their platform.<br><br>All TD Ameritrade customers who were not able to execute trades related to specific securities after TD Ameritrade knowingly, willfully, and purposefully restricted transactions.<br><br>All Webull customers who were not able to execute trades related to specific securities after Webull knowingly, willfully, and purposefully restricted transactions." (Compl. ¶ 149.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Saliba v. Robinhood Markets, Inc., Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Crypto, LLC, and Does 1-100,* No. 21-cv-00871 (N.D. Cal.) | "All Robinhood consumers in the United States whose ability to trade GameStop (GME) was affected due to Robinhood's refusal to allow its consumers to trade GME." (Compl. ¶ 17.) |
| *Scalia v. Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*, No. 21-cv-80238 (S.D. Fla.) | "All Robinhood customers within the United States." (Compl. ¶ 24.) <br><br> "All Robinhood customers within the United States who either (i) were not able to execute buy orders on $GME, $NOK, or $AMC after Robinhood knowingly, willfully, and purposefully removed the ability to buy or view the security from their platform, (ii) were unduly coerced into selling off their positions in $GME, $NOK, or $AMC based on Robinhood's trading restrictions, or (iii) owners of $GME, $NOK, or $AMC who saw decreases in their Robinhood portfolio due to the artificial restriction on buying or viewing of these securities." (Compl. ¶ 25.) |
| *Schaff v. Robinhood Markets, Inc., Robinhood Financial LLC, Robinhood Securities, LLC*, No. 21-cv-00216 (M.D. Fla.) | "All Robinhood users in the United States who owned GME securities as of January 28, 2021." (Compl. ¶ 37.) |
| *Schaff v. TD Ameritrade, Inc.*, No. 21-cv-00222 (M.D. Fla.) | "All TD Ameritrade users in the United States who owned GME securities as of January 28, 2021." (Compl. ¶ 33.) |
| *Siruk, et al. v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00415 (D. Minn.) | "All Robinhood customers within the United States." (Compl. ¶ 26.) <br><br> "All Robinhood customers within the United States who were not able to execute trades on GME after Robinhood knowingly, willfully, and purposefully removed it completely from their platform." (Compl. ¶ 27.) |

| Case | Proposed Class Definition(s) |
|---|---|
| *Wieg v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.,* No. 21-cv-00693 (N.D. Cal.) | "All Robinhood customers within the United States." (Compl. ¶ 27.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on GME after Robinhood knowingly, willfully, and purposefully removed it completely from their platform." (Compl. ¶ 28.)<br><br>"All Robinhood customers within the State of California (hereinafter referred to as 'California Subclass' or collectively referred to as 'Subclass')." (Compl. ¶ 29.)<br><br>"All Robinhood customers within the State of California who were not able to execute trades on GME and other stocks after Robinhood knowingly, willfully, and purposefully removed them completely from their platform (hereinafter ref erred to as 'California Subclass' or collectively ref erred to as 'Subclass')." (Compl. ¶ 30.) |
| *Williams v. Webull Financial LLC*, No. 21-cv-00799 (S.D.N.Y.) | "All Webull customers within the United States." (Compl. ¶ 35.) |
| *Zelewski, et al. v. Robinhood Markets, Inc., Robinhood Securities, LLC, Robinhood Financial LLC,* No. 21-cv-00329 (M.D. Fla.) | "All Robinhood customers within the United States as of January 28, 2021." (Compl. ¶ 55.)<br><br>"All Robinson customers outside of the United States as of January 28, 2021." (Compl. ¶ 55.) |

B-17

| Case | Proposed Class Definition(s) |
|---|---|
| *Ziegler v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-00123 (D. Conn.) | "All Robinhood customers within the United States." (Compl. ¶ 27.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on GME and other securities after Robinhood knowingly, willfully, and purposefully removed them completely from their platform." (Compl. ¶ 28.)<br><br>"All Robinhood customers within the State of Connecticut." (Compl. ¶ 29.)<br><br>"All Robinhood customers within the State of Connecticut who were not able to execute trades on GME and other securities after Robinhood knowingly, willfully, and purposefully removed completely from their platform." (Compl. ¶ 30.) |
| *Zybura v. Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.*, No. 21-cv-01348 (D.N.J.) | "All Robinhood customers within the United States." (Compl. ¶ 27.)<br><br>"All Robinhood customers within the United States who were not able to execute trades on GME and other securities after Robinhood knowingly, willfully, and purposefully removed them completely from their platform." (Compl. ¶ 28.)<br><br>"All Robinhood customers within the State of New Jersey." (Compl. ¶ 29.)<br><br>"All Robinhood customers within the State of New Jersey who were not able to execute trades on GME and other securities after Robinhood knowingly, willfully, and purposefully removed completely from their platform." (Compl. ¶ 30.) |