## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | **MDL DOCKET NO. 2989** |

## AMENDED PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the Notice of Presentation of Oral Argument were served via CM/ECF on all registered CM/ECF users on the 1st of March, 2021. I further certify that those parties indicated below were served via First-Class mail on March 3, 2021.

| | |
|---|---|
| Dario D. Diaz<br>Matthew D. Powell<br>Law Office of Dario Diaz, PA<br>304 S Plant Ave<br>Tampa, FL 33606-2326<br><br>*Attorneys for Plaintiffs Allen Zelewski, Dillon Rogers, James Hill and Richard Conley* | Robert K. Shelquist<br>Karen H. Riebel<br>Rebeca A. Peterson<br>Stephen Owen<br>Lockridge Grindal Naeun P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br><br>*Attorneys for Plaintiff Emil Petrosyan* |
| Emrah M Sumer<br>Robert S. Green<br>Green and Noblin, PC<br>2200 Larkspur Landing Circle<br>Suite 101<br>Larkspur, CA 94939<br><br>*Attorneys for Plaintiff Joseph Daniluk* | Evan Matthew Selik<br>Christine Zaouk<br>McCathern LLP<br>523 W 6th St Ste 830<br>Los Angeles, CA 90014<br><br>*Attorneys for Plaintiff Jean-Paul Saliba* |
| Petro and Marina Siruk<br>12410 Rolling Ridge Rd<br>Becker, MN 55308<br><br>*Pro se Plaintiffs* | Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br><br>*Pro se Plaintiff* |

| | |
|---|---|
| D1 Capital Partner, L.P.<br>C/O Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | Webull Financial, LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 |
| Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 | Merrill Edge<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 |
| Merrill Lynch, Pierce, Fenner, Smith<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 |
| Freetrade, Ltd.<br>32-38 Leman Street London, E1 8EW<br>United Kingdom | Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | |

Dated: March 3, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*