**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL Docket No. 2989 |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Name | Case No. | Court |
|---|---|---|
| *Shane Cheng and Terell Sterling, individually and on behalf of others similarly situated v. Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC: E*Trade Financial Corporation; E*Trade Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 LTD.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | 3:21-cv-00781 | N.D. California |
| *Sabrina Clapp and Denise Redfield, individually and on behalf of others similarly situated v. Ally Financial Inc.; Alpaca Securities LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood* | 3:21-cv-00896 | N.D. California |

1

| | | |
|---|---|---|
| *Securities, LLC; IG Group Holding PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | | |
| *Elvia Curiel-Ruth, on behalf of herself and all others similarly situated v. Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; TD Ameritrade, Inc.; Webull Financial LLC; E*Trade Financial Corporation; Interactive Brokers, LLC; Citadel Enterprise Americas, LLC; and Melvin Capital Management LP* | 3:21-cv-00829 | N.D. California |
| *Dan Dechirico, Angel Guzman, and Joshua Palmer v. Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E* Trade Financial Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc., Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc., The Charles Schwab Corporation; Charles Schwab & Co., Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | 1:21-cv-00677 | E.D. New York |
| *Hanna Kayali and Mohammed A. Doleh, individually and on behalf of others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas LLC; TD Ameritrade, Inc.; The* | 1:21-cv-00510 | N.D. Illinois |

2

| | | |
|---|---|---|
| *Charles Schwab Corporation; Charles Schwab & Co., Inc.; Melvin Capital Management, LP; The Depository Trust Company; The Depository Trust & Clearing Corporation, and Does 1-10* | | |
| *Hanna Kayali and Mohammed A. Doleh, individually and on behalf of others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas LLC; Melvin Capital Management LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co., Inc.; The Depository Trust Company; The Depository Trust & Clearing Corporation, and Does 1-10* | 2:21-cv-00835 | C.D. California |
| *Patryk Krasowski and Nick Parker, on behalf of themselves and all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities LLC; Citadel Securities LLC; Citadel Enterprise Americas LLC f/k/a Citadel LLC* | 4:21-cv-00758 | N.D. California |
| *Matthew M. Lavin, individually and on behalf of all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC: Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC, and Melvin Capital Management, LP* | 1:21-cv-00115 | E.D. Virginia |
| *David Moody and Julie Moody, on behalf of themselves and on behalf of all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC f/k/a Citadel LLC* | 3:21-cv-00861 | N.D. California |
| *Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunnicutt, on behalf of themselves and all others similarly situated v. Ally Financial, Inc.; Alpaca Securities, LLC; Cash App Investing, LLC; Square, LLC; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities, LLC; E*Trade Financial Corporation; E*Trade Financial Holdings LLC; Etoro USA Securities, LLC; Free Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles* | 4:21-cv-00292 | S.D. Texas |

| *Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd,; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas LLC; Citadel Securities LLC: D1 Capital Partners, L.P.; Melvin Capital Management LP; Maplelane Capital LLC; Point72 Asset Management, L.P.; Sequoia Capital Operations LLC; Apex Clearing Corporation; the Depository Trust & Clearing Corporation* | | |

Dated:  March 5, 2021

Respectfully submitted,

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich
BARTLIT BECK LLP
54 West Hubbard Street - Suite 300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
adam.hoeflich@bartlitbeck.com

*Attorney for Citadel Securities LLC and
  Citadel Enterprise Americas LLC*