BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL Docket No. 2989 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Name | Case No. | Court |
|---|---|---|
| *Shane Cheng and Terell Sterling, individually and on behalf of others similarly situated v. Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC: E*Trade Financial Corporation; E*Trade Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 LTD.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | 3:21-cv-00781 | N.D. California |
| *Sabrina Clapp and Denise Redfield, individually and on behalf of others similarly situated v. Ally Financial Inc.; Alpaca Securities LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood* | 3:21-cv-00896 | N.D. California |

1

| | | |
|---|---|---|
| *Securities, LLC; IG Group Holding PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | | |
| *Chance Daniels, individually, and on behalf of all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; and Webull Financial, LLC* | 1:21-cv-00290 | D. Colorado |
| *Joseph Daniluk, on behalf of himself and all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel, LLC, d/b/a Citadel Securities; Point72 Asset Management, L.P.* | 4:21-cv-00980 | N.D. California |
| *Dan Dechirico, Angel Guzman, and Joshua Palmer v. Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E* Trade Financial Holdings, LLC; Etoro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc., Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc., The Charles Schwab Corporation; Charles Schwab & Co., Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC, Citadel Enterprise Americas, LLC, Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation* | 1:21-cv-00677 | E.D. New York |
| *Andrea Juncadella, Patrick Young, Omar Alsaedi, Ethan Arellano, Travis Elliott, Jessica Hines,* | 1:21-cv-20414 | S.D. Florida |

| | | |
|---|---|---|
| *Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, and William Urrutia, individually and on behalf of others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel LLC, d/b/a Citadel Securities, Point72 Asset Management, L.P.; and John Does 1-50* | | |
| *Patryk Krasowski and Nick Parker, on behalf of themselves and all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities LLC; Citadel Securities LLC; Citadel Enterprise Americas LLC f/k/a Citadel LLC* | 4:21-cv-00758 | N.D. California |
| *Matthew M. Lavin, individually and on behalf of all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC: Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC, and Melvin Capital Management, LP* | 1:21-cv-00115 | E.D. Virginia |
| *David Moody and Julie Moody, on behalf of themselves and on behalf of all others similarly situated v. Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC f/k/a Citadel LLC* | 3:21-cv-00861 | N.D. California |
| *Timothy A. Nordeen, Aaron Kolysko, and all members of the public who are similarly situated v. Robinhood Financial, LLC, and Subsidiaries; Robinhood Securities, LLC; Robinhood Markets, Inc.; The Interactive Brokers Group Inc and Subsidiaries; Interactive Brokers Corp; IBG, LLC; IBG Holdings, LLC; Merrill Lynch, Pierce, Fenner Smith, and Subsidiaries; Merrill Edge; The Charles Schwab Corporation, and Subsidiaries; TD Ameritrade Holding Corp; TD Ameritrade, Inc.; Webull Financial, LLC; Trade Republic; E Trade Financial Corp; E Trade Asset Management, Inc.; Firstrade Securities, Inc.; Point72 Asset Management, LP.; D1 Capital Partners, L.P.; Melvin Capital Management, L.P.; Candlestick Capital Management, L.P.; Maple Lane Capital, LLC; and Citadel, EFT, Inc.* | 3:21-cv-00167 | S.D. California |

| | | |
|---|---|---|
| *Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunnicutt, on behalf of themselves and all others similarly situated v. Ally Financial, Inc.; Alpaca Securities, LLC; Cash App Investing, LLC; Square, LLC; Dough, LLC; Morgan Stanley Smith Barney, LLC; E\*Trade Securities, LLC; E\*Trade Financial Corporation; E\*Trade Financial Holdings LLC; Etoro USA Securities, LLC; Free Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd,; Trading 212 UK Ltd.; Webull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas LLC; Citadel Securities LLC: D1 Capital Partners, L.P.; Melvin Capital Management LP; Maplelane Capital LLC; Point72 Asset Management, L.P.; Sequoia Capital Operations LLC; Apex Clearing Corporation; the Depository Trust & Clearing Corporation* | 4:21-cv-00292 | S.D. Texas |

Dated:  March 5, 2021

Respectfully submitted,

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich
BARTLIT BECK LLP
54 West Hubbard Street - Suite 300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
adam.hoeflich@bartlitbeck.com

*Attorney for Citadel Securities LLC and
  Citadel Enterprise Americas LLC*