BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL Docket No. 2989 |

## PROOF OF SERVICE

In compliance with U.S. Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1(a), I hereby certify that on March 5, 2021, I caused the foregoing Corporate Disclosure Statement and this Proof of Service to be electronically filed with the Clerk of the U.S. Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above documents on all registered CM/ECF users.

Dated:  March 5, 2021

Respectfully submitted,

*/s/ Adam L. Hoeflich*
Adam L. Hoeflich
BARTLIT BECK LLP
54 West Hubbard Street - Suite 300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile:  (312) 494-4440
adam.hoeflich@bartlitbeck.com

*Attorney for Citadel Securities LLC*

| Plaintiffs – <u>Served via CM/ECF</u> ||
|---|---|
| Joseph R. Saveri<br>JOSEPH SAVERI LAW FIRM, INC.<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>jsaveri@saverilawfirm.com<br>Tel.: (415) 500-6800<br>Fax: (415) 395-9940<br><br>*Counsel for Shane Cheng and Terell Sterling* | Kevin S. Hannon<br>THE HANNON LAW FIRM, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>khannon@hannonlaw.com<br>Tel.: (303) 861-8800<br>Fax: (303) 861-8855<br><br>*Counsel for Chance Daniels* |
| Charles D. Marshall<br>MARSHALL LAW FIRM<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA 94596<br>cdm@marshall-law-firm.com<br>Tel.: (925) 575-7105<br>Fax: (855) 575-7105<br><br>*Counsel for Joseph Daniluk* | Frank R. Schirripa<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>112 Madison Avenue, 10th Floor<br>New York, NY 10016<br>Tel.: (212) 213-8311<br>Fax: (212) 779-0028<br><br>*Counsel for Dan Dechirico, Angel Guzman and Joshua Palmer* |
| Natalia Salas<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, 38th Floor<br>Miami, FL 33131<br>seanbyrstyn@gmail.com<br>nms@ferrarolaw.com<br>Tel.: (305) 375-0111<br>Fax: (305) 379-6222<br><br>*Counsel for Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia, and Omar Alsaedi* | Jeffrey A. Klafter<br>KLAFTER OLSEN & LESSER LLP<br>2 International Drive, Suite 350<br>Rye Brook, NY 10573<br>jak@klafterolsen.com<br>amir.alimehri@klafterolsen.com<br>Tel.: (914) 934-9200<br>Fax: (914) 934-9220<br><br>*Counsel for Patryk Krasowski and Nick Parker* |
| Parker J. Lavin<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>plavin@robertstate.com<br>Tel.: (912) 638-5200<br>Fax: (912) 638-5300<br><br>*Counsel for Matthew M. Lavin* | Roy T. Willey, IV<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>roy@akimlawfirm.com<br>Tel.: (843) 614-8888<br>Fax: (843) 494-5536<br><br>*Counsel for David and Julie Moody* |

| Plaintiffs – <u>Served via CM/ECF</u> | |
|---|---|
| Gary R. Carlin<br>LAW OFFICES OF GARY R. CARLIN, APC<br>301 E. Ocean Blvd., Suite 1550<br>Long Beach, CA 90802<br>gary@garycarlinlaw.com<br>Tel.: 562-432-8933<br><br>*Counsel for Timothy Nordeen and Aaron Kolysko* | Gabriel A. Assaad<br>MCDONALD WORLEY, PC<br>1770 St. James St., Suite 100<br>Houston, TX 77056<br>Phone: (713) 523-5500<br>hassaad@mcdonaldworley.com<br><br>*Counsel for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunicutt* |

| Defendants – <u>Served via CM/ECF</u> | |
|---|---|
| Leiv Blad<br>LOWENSTEIN SANDLER LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Phone: (202) 753-3800<br>LBlad@lowenstein.com<br><br>*Counsel for eToro USA Securities Inc. and Alpaca Securities, LLC* | Thomas Haskins<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Phone: (214) 258-4200<br>thaskins@btlaw.com<br><br>*Counsel for Tastyworks, Inc.* |
| Shari Ross Lahlou<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Phone: (202) 261-7923<br>shari.lahlou@dechert.com<br><br>*Counsel for The Interactive Brokers Group Inc.; Interactive Brokers LLC; Interactive Brokers Corp.; IBG, LLC; and IBG Holdings, LLC* | Robin Nunn<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Phone: (212) 309-6000<br>robin.nunn@morganlewis.com<br><br>*Counsel for Stash Financial, Inc.* |
| Daniel J. Kramer<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 373-3020<br>dkramer@paulweiss.com<br><br>*Counsel for Point 72 Asset Management, LP* | Gregory M. Boyle<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Phone: (312) 923-2651<br>gboyle@jenner.com<br><br>*Counsel for The Depository Trust Company and The Depository Trust & Clearing Corporation* |

| **Defendants – <u>Served via CM/ECF</u>** ||
|---|---|
| Jack E. Pace, III<br>WHITE AND CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 819-8200<br>jpace@whitecase.com<br><br>*Counsel for Apex Clearing Corporation* | Thomas E. Redburn, Jr.<br>LOWENSTEIN SANDLER LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 262-6700<br>tredburn@lowenstein.com<br><br>*Counsel for Melvin Capital Management LP and Candlestick Capital Management LP* |
| Justina K. Sessions<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza, Spear Tower, Ste. 3300<br>San Francisco, CA 94105<br>Phone: (415) 947-2197<br>jsessions@wsgr.com<br><br>*Counsel for Open to the Public Investing, Inc.* | Jason J. Mendro<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Phone: (202) 887-3726<br>Fax: (202) 530-9626<br>jmendro@gibsondunn.com<br><br>*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation* |
| Marc De Leeuw<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 558-4219<br>deleeuwm@sullcrom.com<br><br>*Counsel for Ally Financial Inc.* | Kevin J. Orsini<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Phone: (212) 474-1393<br>korsini@cravath.com<br><br>*Counsel for Robinhood Financial, LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc.* |
| Belinda Lee<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, St 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Belinda.Lee@lw.com<br><br>*Counsel for Cash App Investing LLC and Square Inc.* | Brian S. Weinstein<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4972<br>brian.weinstein@davispolk.com<br><br>*Counsel for E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; E*Trade Asset Management, Inc.; and Morgan Stanley Smith Barney LLC* |

| **Defendants – <u>Served via CM/ECF</u>** ||
|---|---|
| Harry Olivar<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Phone: (213) 443-3000<br>harryolivar@quinnemanuel.com<br><br>*Counsel for Sequoia Capital Operations LLC* | Richard Owens<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>Phone: (212) 906-1200<br>richard.owens@lw.com<br><br>*Counsel for Barclays Bank PLC* |
| Patrick Gibbs<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Phone: (650) 843-5000<br>pgibbs@cooley.com<br><br>*Counsel for M1 Finance, LLC* | |

| **Plaintiffs – <u>Served via First Class U.S. Mail</u>** ||
|---|---|
| Eric Lechtzin<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>Phone: (215) 867-2399<br>elechtzin@edelson-law.com<br><br>*Counsel for Sabrina Clapp and Denise Redfield* | |

| **Defendants – <u>Served via First Class U.S. Mail</u>** ||
|---|---|
| Thomas Haskins<br>BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Phone: (214) 258-4200<br>thaskins@btlaw.com<br><br>*Counsel for Dough LLC* | D1 Capital Partners LP<br>Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |

| **Defendants – <u>Served via First Class U.S. Mail</u>** ||
|---|---|
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington, DE 19801 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 |
| Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Merrill Lynch, Pierce Fenner & Smith Inc.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
| Merrill Edge<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Webull Financial LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 |
| Freetrade LTD<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Trading 212 Ltd.<br>3 Lachezar Stanchev Str.<br>Litex Tower, Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN<br>United Kingdom | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |