BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

## AMENDED PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the Notice of Related Action were served via CM/ECF on all registered CM/ECF users on March 11, 2021. I further certify that those parties indicated below were served via First-Class mail on March 12, 2021.

| | |
|---|---|
| Peter R. Kiesel<br>Jeffrey A. Koncius<br>Cherisse H. Cleofe<br>Kiesel Law LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br><br>*Attorneys for Plaintiff Taylor Thompson* | Richard C. Dalton<br>Richard C. Dalton, LLC<br>P.O. Box 358<br>Carencro, Louisiana 70520<br><br>*Attorneys for Plaintiff Taylor Thompson* |
| David S. Markun<br>Markun Zusman Freniere Compton LLP<br>17383 West Sunset Blvd., Suite A380<br>Pacific Palisades, California 90272<br><br>*Attorneys for Plaintiff Taylor Thompson* | Edward S. Zusman<br>Markun Zusman Freniere Compton LLP<br>465 California Street, Suite 401<br>San Francisco, California 94104<br><br>*Attorneys for Plaintiff Taylor Thompson* |
| D1 Capital Partner, L.P.<br>C/O Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 |
| Firstrade Securities, Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Webull Financial, LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 |
| Merrill Lynch, Pierce, Fenner, Smith<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 | Merrill Edge<br>c/o CT Corporation System<br>Corporation Trust Center<br>28 Liberty Street<br>New York, NY 10005 |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, Illinois 60606 |
| Freetrade, Ltd.<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |

Dated: March 12, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*