**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | **MDL No. 2989** |

**AMENDED PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that true and correct copies of the Notice of Potential Tag-Along Action were served via CM/ECF on all registered CM/ECF users on April 1, 2021. I further certify that those parties indicated below were served via First-Class mail on April 2, 2021.

| | |
|---|---|
| Adrian Gucovschi<br>Gucovschi Law, PLLC<br>630 Fifth Avenue, Suite 2000<br>New York, NY 10111<br><br>*Counsel for Daniel S. Kadin* | Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br><br><br>*Pro se Plaintiff* |

Dated:  April 2, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel:    (212) 474-1000
Fax:    (212) 474-3700
korsini@cravath.com

*Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*